**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Carolina Uribe Borrero.

Debtor.

Case No. 26-40008
Chapter 13 Case

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF**
**REAL ESTATE AGENT FOR DEBTOR**

TO: All parties entitled to Notice of Applications seeking to employ professionals per Local Rules.

The Debtor hereby submits this application for the entry of an order authorizing the retention and employment of Coldwell Banker Realty ("Coldwell") as the real estate agent for the sale of property located at 2814 41st Street West, Minneapolis, Minnesota 55410. In support of the application, the Debtor states as follows:

1. The Debtor filed for relief under Chapter 13 of Title 11 of the United States Code, on January 2, 2026.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor wishes to employ Coldwell for the sale of real property located 2814 41st Street West, Minneapolis, Minnesota 55410. This is the Debtor's former homestead. Prepetition, the Debtor acquired a new homestead at 2608 West 45th Street, Minneapolis, Minnesota 55410. Any sale of the property will also be subject to bankruptcy court approval.

3. The Debtor selected Coldwell because they are agents experienced in sales of this nature. The specific listing agent is David K. Wells, III. Coldwell and Mr. Wells are "disinterested persons" as required by law.

4.  The Debtor seeks approval of the following compensation structure for Coldwell and Mr. Wells: Commission of 6% of the gross sale price of the property.

5.  The Debtor therefore requests an order approving Coldwell as her real estate agent under the terms and conditions set forth herein.

Dated: February 9, 2026

By: *s/ Carolina Uribe Borrero*
Carolina Uribe Borrero, Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Carolina Uribe Borrero

Debtor.

Case No. 26-40008
Chapter 13 Case

**DECLARATION**

David K. Wells, III states, under penalty of perjury states as follows:

1. I am a real estate agent at Coldwell Banker Realty.

2. This affidavit is submitted in support of the application of the Debtor to retain Coldwell for the sale of property at 2814 41st Street West, Minneapolis, Minnesota 55410 and in connection with this bankruptcy case.

3. I hold professional real estate broker's license with the State of Minnesota. Due to the qualifications of Coldwell, the Debtor believes that Coldwell and I are best suited to assist the Debtor in finding a buyer for the property.

4. Coldwell and I do not hold or represent any interest adverse to the interest of the Debtor in this bankruptcy case. To the best of my knowledge, Coldwell and I do not have any connection with creditors of the Debtor, other parties in interest, nor their respective attorneys, nor the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

5.  The Debtor owes me $8,000.  This is an unsecured debt.  I will not be paid on this debt from the proceeds of the sale of the real estate.

6.  If Coldwell is retained by the Debtor, the compensation paid would be 6% of the gross sale price of the property. The commission is to be paid at the time of a closing on the sale of the property and after the sale is approved by the bankruptcy court.

7.  Coldwell and I have not made any agreement for the sharing of any fees for services to be performed for the Debtor.

Dated: February 6, 2026                                   Coldwell Banker Realty


                                                          By: *s/ David K. Wells, III*
                                                          David K. Wells, III

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Carolina Uribe Borrero.

Case No. 26-40008
Chapter 13 Case

Debtor.

**ORDER AUTHORIZING EMPLOYMENT**

The debtor filed an application to employ Coldwell Banker Realty as its real estate agent for the sale of real property in connection with this bankruptcy case,

**IT IS ORDERED:**

1. The debtor's retention of Coldwell Banker Realty as real estate agent for the debtor is approved.

Dated: _____

Katherine A. Constantine
Chief United States Bankruptcy Judge