THIS REPORT IS SHOWN FOR INFORMATIONAL PURPOSES ONLY AND IS NOT PURPORTED TO BE A COMPLETE CHAIN OF TITLE.

(This information is retrieved from the public record and that no liability for errors and omissions associated with this report shall apply.)

**The following property is located in the County of:**     Hennepin
**And is**     Abstract

**Legal Description:**

Rear or Easterly 42 feet of Lot 12, the East 42 feet of Lot 13 and the East 42 feet of the South 6 feet of Lot 14, Block 14, First Division of Remington Park, according to the recorded plat thereof, and situate in Hennepin County, Minnesota.

**Current Owner:**     Carolina Uribe Borrero

Vesting Deed dated April 4, 2023 and recorded April 10, 2023 as Document No. 11192817

**Property Address:**     2814 41st St. W Minneapolis, MN 55410

**Unsatisfied mortgages or liens of record in the County Recorder's Office in which the property is located:**

Mortgage given from Carolina Uribe Borrero, an unmarried individual to Keen Bank, N.A, dated April 10, 2023 and recorded on April 10, 2023 as Document No. 11192818 for the total amount of $350,000.00

**Current Taxes:**

2026 Taxes not yet available.
Taxes payable in the year 2025 in the total amount of $6,359.60 are PAID IN FULL.
Property classification is Non-Homestead
Parcel No. 08-028-24-13-0028

**Unpaid judgments, state tax liens, federal tax liens and bankruptcies, of record against record owners during the past ten years:**

NONE

*NOTE: Current pending bankruptcy is not yet showing up in search.*

**Dated:** February 5, 2026 as of January 21, 206

**SMB Enterprises LLC dba Midland Title**
**218-328-8672**

Exhibit A