**Keen Bank, N. A.**
101 State Street North
Waseca, MN 56093
507-835-2740

## Loan Activity Statement

**Carolina Uribe Borrero**
2608 W 45th St
Minneapolis MN 55410

## General Information

| | | | |
|---|---|---|---|
| Account Number: | XXXXXXXXXXXX1081 | Customer Number: | |
| Home Phone: | (929)225-6276 | Work Phone: | |
| Loan Term: | 360 | Loan Type: | MPF SERVICING |
| Interest Rate: | 6.250000 % | Origination Date: | 04/10/2023 |
| | | Date Range: | 12/7/2025-2/5/2026 |
| Loan Officer: | Sara Lynch | | |
| Collateral: | 211 - MORTGAGE PARTNERSHIP FINANCE | | |
| | 2814 W 41st St, Minneapolis, Minnesota, 55410-0000 | | |

## Balance & Payment Information

| | | | |
|---|---|---|---|
| Original Amount: | $350,000.00 | Payment Due Date: | 02/01/2026 |
| Current Balance: | $338,468.67 | Payment Amount: | $2,993.20 |
| Accrued Interest: | $2,014.40 | Principal/Interest: | $2,155.01 |
| Daily Per Diem: | $62.88642 | Payment Type: | Scheduled payment includes accrued int. |

## Loan History

| Posting Date | Transaction Description | Amount | Principal Balance |
|---|---|---|---|
| 01/02/2026 | Auto Transfer Credit(ACH) | ($2,993.20) | $338,468.67 |

### Payment Break Down

| Transaction Description | Affects | Amount | Balance |
|---|---|---|---|
| Escrow No. 1 Balance Increase | Escrow Balance 1 | ($838.19) | $338,468.67 |
| Principal Payment Split Out | Principal | ($390.12) | $338,468.67 |
| Interest Payment Split Out | Interest Payment | ($1,764.89) | $338,858.79 |

February 5, 2026                    Exhibit B                    Page: 1