# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 26-40008 |
|---|---|
| CAROLINA URIBE BORRERO | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 2/9/2026, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion for Order Authorizing Sale of Assets Free and Clear of Liens, Encumbrances and Interests

Exhibit A

Exhibit B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/9/2026

/s/ Mary Sieling
Mary Sieling  0389893

Sieling Law, PLLC
12800 Whitewater Dr, Ste 100, # 3201
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 26-40008 |
|---|---|
| CAROLINA URIBE BORRERO | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/9/2026, a copy of the following documents, described below,

Notice of Hearing and Motion for Order Authorizing Sale of Assets Free and Clear of Liens, Encumbrances and Interests

Exhibit A

Exhibit B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/9/2026

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr, Ste 100, # 3201
Minnetonka, MN  55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CERTIFIED 95890710527035076433388 | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| KEEN BANK NA<br>ATTN OFFICER<br>101 STATE STREET N<br>WASECA MN 56093 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-40008<br>DISTRICT OF MINNESOTA<br>MON FEB 9 10-15-27 PST 2026 | ~~MINNEAPOLIS~~<br>~~301 DIANA E MURPHY US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS   MN 55415-1320~~ |
| ANTHONY OSTLUND<br>ATTN  OFFICER OR MANAGING AGENT<br>60 SOUTH 6TH ST 3900<br>MINNEAPOLIS   MN 55402-4439 | AMERICAN EXPRESS<br>ATTN  OFFICER<br>PO BOX 297800<br>FORT LAUDERDALE   FL 33329-7800 | AMERICAN EXPRESS<br>ATTN OFFICER<br>200 VESEY ST<br>NEW YORK   NY 10285-0002 |
| AMERICAN EXPRESS<br>ATTN OFFICER<br>PO BOX 981535<br>EL PASO   TX 79998-1535 | BARCLAYS CARD SERVICES<br>ATTN  OFFICER<br>PO BOX 8801<br>WILMINGTON   DE 19899-8801 | INTERNATIONAL<br>CARLOS ALBERTO URIBE DE FRANCISCO<br>AVE 9 NTE 5N49   NORMANDIA<br>EDIFICIO LOMA BRAVA APTO 202<br>CALI   VALLE DEL CAUCA   COLOMBIA |
| DAVID WELLS<br>4231 VINCENT AVE S<br>MINNEAPOLIS   MN 55410-1520 | DEWITT LLP<br>ATTN OFFICER OR MANAGING AGENT<br>901 MARQUETTE AVE STE 2100<br>MINNEAPOLIS   MN 55402-3713 | DELTA COMMUNITY CREDIT UNION<br>ATTN OFFICER<br>3250 RIVERWOOD PARKWAY<br>ATLANTA   GA 30339-6420 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | KEEN BANK<br>ATTN OFFICER<br>101 STATE STREET N<br>WASECA   MN 56093-2928 | MINNESOTA REVENUE<br>ATTN COLLECTIONS DIVISION<br>600 N ROBERT ST<br>SAINT PAUL   MN 55146-0010 |
| PAWEL RZECZKOWSKI<br>901 MARQUETTE AVENUE<br>SUITE 2100<br>MINNEAPOLIS   MN 55402-3713 | ROBERT W DUE<br>901 MARQUETTE AVENUE<br>SUITE 2100<br>MINNEAPOLIS   MN 55402-3713 | STATE OF MINNESOTA   DEPARTMENT OF REVENUE<br>PO BOX 64447   BKY<br>ST PAUL   MN 55164-0447 |
| ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS   MN 55415-3070~~ | WELLS FARGO BANK<br>ATTN OFFICER<br>420 MONTGOMERY ST<br>SAN FRANCISCO   CA 94104-1298 | DEBTOR<br>CAROLINA URIBE BORRERO<br>2608 WEST 45 STREET<br>MINNEAPOLIS   MN 55410-1911 |
| GREGORY A BURRELL<br>100 SOUTH FIFTH STREET<br>SUITE 480<br>MINNEAPOLIS   MN 55402-1250 | ~~EXCLUDE~~<br>~~MARY SIELING~~<br>~~SIELING LAW   PLLC~~<br>~~SIELING LAW   PLLC~~<br>~~12000 WHITEWATER DR~~<br>~~STE 100   3201~~<br>~~MINNETONKA   MN 55343-9347~~ | |