UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

*CAROLINA URIBE BORRERO,*

Debtor.

BKY 26-40008 KAC

Chapter 13 Case

OBEJCTION TO MOTION TO SELL

1. Gregory A. Burrell, chapter 13 trustee (the "trustee"), submits this objection to the debtor's motion to sell filed as ECF No. 11.

2. The trustee does not oppose the transactional sale terms. The trustee opposes the motion to the extent that the debtor is allowed to retain the proceeds to pay her current mortgage.

3. There was not estimated closing statement, but the trustee believes these are the proceeds to the debtor after the sale:

   $ 425,000  sale price
   - $25,500 realtor fees
   - $339,000 mortgage payoff
   - $1647  Property taxes  (three months of prorated 2026 property taxes of $6589.00)

   = $58,853 NET PROCEEDS.

4. The Wherefore clause of the motion provides:

   > Authorizing the Debtor to pay the net proceeds toward the balance owing on the mortgage on her current homestead or in the alternative, to use the net proceeds towards funding the chapter 13 plan.

ECF 11, at 3. The proposed order provides that:

   > The Debtor is authorized to use the remaining net proceeds towards the mortgage on her current homestead.

ECF 11, at 8. The interest in the property is not exempt. The trustee opposes the debtor being able to retain the entire proceeds of non-exempt estate property to fund to pay her mortgage on her exempt property. The plan provides for a dividend of $108,000 for the priority tax debt and unsecured creditors. ECF 3, at Summary. The debtor's total non-exempt assets are approximately $85,671, which includes the estimated net proceeds as outline above. The creditors should not bear the risk of a delayed payment for what would be a liquidated asset in a chapter 7 bankruptcy.

WHEREFORE, the trustee objects to the motion at this time.

Dated: February 26, 2026                Gregory A. Burrell, Chapter 13 Trustee

/e/ Jeffrey M. Bruzek
Jeffrey M. Bruzek, ID # 319260
Heather M. Forrest, ID #398764
Counsel to Chapter 13 Trustee
100 South 5th Street, Suite 480
Minneapolis, MN  55402
(612) 338-7591
Email: jmb@ch13mn.com


VERIFICATION

I, Jeffrey M. Bruzek, being employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury that I have reviewed the foregoing and it is true and correct to the best of my knowledge.

Dated: February 26, 2026                /e/ Jeffrey M. Bruzek
                                        Jeffrey M. Bruzek

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

*CAROLINA URIBE BORRERO,*

Debtor.

BKY 26-40008 KAC

Chapter 13 Case

UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Jeffrey Bruzek, an employee for Gregory A. Burrell, Chapter 13 Trustee, declare that on February 26, 2026, I served the trustee's response to motion to sell as debtor's counsel in this case by electronic mail, as disclosed on the Notice of Electronic Filing herein, and on the individual(s) listed below, in the manner described:

By first class U.S. mail, postage prepaid:

CAROLINA URIBE BORRERO
2608 WEST 45TH STREET
MINNEAPOLIS, MN 55410

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: February 26, 2026                                     /e/ Jeffrey Bruzek