UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Carolina Uribe Borrero,                                  Case No. 26-40008

Debtor(s).

## SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☐ Schedule A/B
   ☒ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☒ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   Schedule C is amended to clarify the debtor's exemption of her claim for disability pay. The exemption of the claim is now $1,000,000, the Minnesota statutory limit.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carolina** | | **Uribe Borrero** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Minnesota**

Case number **26-40008**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2608 West 45 Street Minneapolis, MN 55410**<br>Line from *Schedule A/B*: **1.2** | $580,000.00 | ☑ $150,157.91<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| Brief description: **2017 Toyota Sienna**<br>Line from *Schedule A/B*: **3.1** | $15,200.00 | ☑ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(12)(a)1** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1   **Carolina** _____ **Uribe Borrero** _____   Case number *(if known)* **26-40008**
First Name   Middle Name   Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household good and Furnishings**  Line from Schedule A/B: **6** | $6,000.00 | ☑ $6,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(b) |
| Brief description: **Two Computers ($75); 3 Cell Phone ($100); TVs ($100), Printer ($25)**  Line from Schedule A/B: **7** | $300.00 | ☑ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(b) |
| Brief description: **Adult female clothing**  Line from Schedule A/B: **11** | $1,000.00 | ☑ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(a) |
| Brief description: **Costume Jewelry**  Line from Schedule A/B: **12** | $250.00 | ☑ $250.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(c) |
| Brief description: **One Apple Watch and two for her kids**  Line from Schedule A/B: **12** | $100.00 | ☑ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(c) |
| Brief description: **Broken Chopard happy diamonds set ($1,000); Cartier watch ($1,000); Red gold earrings, necklace and pendant set ($500)**  Line from Schedule A/B: **12** | $2,500.00 | ☑ $2,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(c) |
| Brief description: **Pet Dog**  Line from Schedule A/B: **13** | $1.00 | ☑ $1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(28) |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page **2** of **4**

| Debtor 1 | Carolina | | Uribe Borrero | Case number *(if known)* | **26-40008** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash on hand**<br>Line from Schedule A/B: **16** | **$5.00** | ☑ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(28)** |
| Brief description: **Trustone Financial account ending 4847**<br>**Checking account**<br>Line from Schedule A/B: **17** | **$1,877.78** | ☑ **$1,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(28)** |
| Brief description: **Minor daughter's Wells Fargo account ending in 5976**<br>**Checking account**<br>Line from Schedule A/B: **17** | **$246.98** | ☑ **$246.98**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(15)** |
| Brief description: **Charles Schwab IRA**<br>Line from Schedule A/B: **21** | **$53,836.00** | ☑ **$53,836.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(24)** |
| Brief description: **Charles Schwab IRA**<br>Line from Schedule A/B: **21** | **$8,219.19** | ☑ **$8,219.19**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(24)** |
| Brief description: **Charles Schwab SEP IRA account**<br>Line from Schedule A/B: **21** | **$224,615.43** | ☑ **$224,615.43**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(24)** |
| Brief description: **Proteccion Pension fund - pension fund from work while living in Columbia**<br>Line from Schedule A/B: **21** | **$186,716.00** | ☑ **$186,717.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(24)** |
| Brief description: **Skandia Pension fund - pension fund from work while living in Columbia.**<br>Line from Schedule A/B: **21** | **$273,659.00** | ☑ **$273,660.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(24)** |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page **3** of **4**

| Debtor 1 | Carolina | | Uribe Borrero | Case number *(if known)* 26-40008 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** **Carolina Uribe Borrero Trust Agreement - estate planning tool, no current assets in the trust**  **Line from** *Schedule A/B:* **25** | **$1.00** | ☑ **$1.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37(28)** |
| **Brief description:** **Claim for disability pay**  **Line from** *Schedule A/B:* **31** | unknown | ☑ **$1,000,000.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.39** |

Official Form 106C   Schedule C: The Property You Claim as Exempt   page 4 of 4

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Carolina**            **Uribe Borrero** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | **District of Minnesota** | |
| Case number (if known) | **26-40008** | ☑ Check if this is an amended filing |

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ **$980,000.00**
   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. **$796,668.96**
   1c. Copy line 63, Total of all property on *Schedule A/B*....................................................... **$1,776,668.96**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$768,700.88**
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. **$73,001.00**
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ + **$534,773.27**

   **Your total liabilities** **$1,376,475.15**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................. **$0.00**
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..................................................................... **$13,896.56**

| Debtor 1 | Carolina | | Uribe Borrero | Case number *(if known)* 26-40008 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $8,000.00

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $73,001.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $73,001.00 |