## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Carolina Uribe Borrero.
    Debtor.

Case No. 26-40008
Chapter 13 Case
**ORDER AUTHORIZING EMPLOYMENT**

The debtor filed an application to employ Coldwell Banker Realty as its real estate agent for the sale of real property in connection with this bankruptcy case,

**IT IS ORDERED:** The debtor's retention of Coldwell Banker Realty as real estate agent for the debtor is approved.

Dated: *March 5, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge