UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Carolina Uribe Borrero.

Debtor.

Case No. 26-40008
Chapter 13 Case

**ORDER AUTHORIZING SALE**

This case is before the court on the Debtor's motion for an order authorizing the sale of assets free and clear of liens, encumbrances and other interests [Doc 11]. Based on the motion and the file,

**IT IS ORDERED:**

1. The Debtor is authorized to sell the property located at 2814 West 41st Street, Minneapolis, Minnesota 55410 and legally described as:

> Rear or Easterly 42 feet of Lot 12, the East 42 feet of Lot 13 and the East 42 feet of the South 6 feet of Lot 14, Block 14, First Division of Remington Park, according to the recorded plat thereof, and situate in Hennepin County, Minnesota.

2. The Debtor is authorized to pay the Keen Bank mortgage and prorated 2026 property taxes at the closing of the sale.

3. The Debtor is authorized to pay her realtor the commission and expenses as per their application upon the closing of the sale.

4. The Debtor is authorized to take such other actions and execute and deliver such additional documents or instruments as will be reasonably necessary to effectuate the transactions contemplated in the motion and to convey the Property.

5. The title or closing company shall deliver the net sale proceeds of approximately $51,281.73 to the office of the Chapter 13 trustee.

Dated: March 6, 2026

*s/ Katherine A. Constantine*
Katherine A. Constantine
Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 26-40008-KAC

Carolina Uribe Borrero  
    Debtor

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 06, 2026 | Form ID: pdf111 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |
| intp | + | United States of America, Internal Revenue Service, c/o Adine S. Momoh, 600 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415-1320 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States of America Internal Revenue Service adine.momoh@usdoj.gov, usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| Gregory A Burrell | ecfmnmi@trustee13.com |
| Mary Sieling | on behalf of Debtor 1 Carolina Uribe Borrero mary@sielinglaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4