UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

_____

In re:                                                          Case No.: 26-40008

Carolina Uribe Borrero,                                          Chapter 7

      Debtor.

_____

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
_____

      **PLEASE TAKE NOTICE** that, pursuant Rule 9010 of the Federal Rules of Bankruptcy Procedure, David A. Orenstein of the law firm DeWitt LLP appears as attorney for DeWitt LLP and Pawel Rzekowski.

      David A. Orenstein requests that all parties in interest and all counsel of record provide him with copies of all notices, pleadings, and all other filings in this case.  Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to and served upon the following address:

> David A. Orenstein
> DeWitt LLP
> Suite 2100
> 901 Marquette Avenue
> Minneapolis, MN 55402
> Phone:  612-305-1494
> Facsimile: 612-305-1414
> dao@dewittllp.com

Dated: March 9, 2026                 DEWITT LLP

                                   By:  /s/David A. Orenstein
                                   David A. Orenstein (#121447)
                                   901 Marquette Avenue, Suite 2100
                                   Minneapolis, MN  55402
                                   Telephone:  (612) 305-1494
                                   Facsimile: (612) 305-1414
                                   Email:  dao@dewittllp.com

                                   COUNSEL FOR DEWITT LLP AND
                                   PAWEL RZECZKOWSKI

4919-8858-3318, v. 1