**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                         Case No: 26–40008

Carolina Uribe Borrero,                                                                    Chapter 13

Debtor(s).

---

### NOTICE TO REDACT

---

The court has issued the following on the docket to this case:

Notice of Clerk re:25 Objection to Confirmation of Chapter 12 or 13 Plan. The document submitted contains a personal identifier. A motion to redact the personal identifier must be filed and a redacted version of the document by 3/16/2026. See Fed. R. Bankr. P. 9037(h)(1) and mnb.uscourts.gov for filing guidance. DeWitt LLP is being sent this notice by mail. (CNN)

If unrepresented by an attorney, documents must be mailed to the court. If represented by an attorney, documents must be submitted in electronic form through the court's CM/ECF Case Management/Electronic Case Filing system. For information on CM/ECF Registration, please see the court's website, http://www.mnb.uscourts.gov under Electronic Case Filing.

Dated: March 9, 2026                                    s/ Tricia Pepin
                                                        Clerk, United States Bankruptcy Court

                                                        By: CNN
                                                        Deputy Clerk

**mnbnmail** 04/25