UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                              Chapter 13

Carolina Uribe Borrero,                             Case No. 26-40008

        Debtor.

OBJECTIONS OF THE UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE TO THE CONFIRMATION
OF THE DEBTOR'S CHAPTER 13 PLAN

THE UNITED STATES OF AMERICA, Internal Revenue Service ("IRS"), by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Adine S. Momoh, Assistant United States Attorney, submits the following objections to the confirmation of the Chapter 13 plan (ECF No. 3) proposed by Carolina Uribe Borrero (the "Debtor"):

1. The confirmation hearing is scheduled for 10:00 a.m. on Thursday, March 19, 2026, at Diana E. Murphy United States Courthouse, U.S. Bankruptcy Court, Courtroom 8W, 300 South Fourth Street, Minneapolis, Minnesota 55415, before the Honorable Katherine A. Constantine, Chief United States Bankruptcy Judge for the District of Minnesota.

2. The Court has jurisdiction over these objections pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005, and Local Rule 1070-1. This is a core proceeding. The petition commencing this Chapter 13 case was filed on January 2, 2026 (the "Petition Date"). This case is now pending in this Court.

3. These objections arise under 11 U.S.C. §§ 502(a); 1308(a); 1322(a)(2); 1325(a)(6) and (9); and Fed. R. Bankr. P. 3015. These objections are filed under Fed. R. Bankr. P. 9013 and 9014 and Local Rules 3015-3, 3020-1, 3020-3, and 9013-1, *et seq*.

4. The IRS has an unsecured priority claim of $116,496.50 and a general unsecured claim of $4,036.24 against the Debtor. The total claim is $120,532.74, as set forth in the IRS Proof

of Claim (Claim No. 3-1), a true and correct copy of which is attached hereto as **Exhibit A**. No objections to the IRS's claims have been filed. Accordingly, the claims are deemed allowed pursuant to 11 U.S.C. § 502(a).

5. The IRS may have additional priority and general unsecured claims due from the Debtor, but they are undetermined because the Debtor has not filed a federal income tax return for 2025.

6. Without a determination of the actual amount of the IRS's priority claim, the feasibility of the Debtor's plan cannot be determined in accordance with 11 U.S.C. § 1322(a)(2).

7. The plan also does not comply with 11 U.S.C. § 1322(a)(2) because it fails to treat the IRS's priority claim fully. While the plan provides that the Chapter 13 Trustee will pay the allowed portion of the priority amount listed in proofs of claim, and the IRS is identified as a priority creditor therein, the plan lists only $73,000 to be paid on the IRS's priority claim. The IRS does not agree to this different treatment. Therefore, the plan cannot be confirmed.

8. Further, the plan is not feasible and does not comply with 11 U.S.C. § 1325(a)(6). The Debtor does not have sufficient income to fund a plan that provides for payments to the IRS of $116,496.50 for its priority claim. The Debtor's Schedule J shows monthly net income of - $13,896.56 to fund a plan. This amount is insufficient to fund a plan that properly provides for the IRS's claims and the other secured and priority claims included in the proposed plan. The plan is underfunded.

9. On February 4, 2026, the Section 341 Meeting of Creditors was held, and it concluded the next day on February 5, 2026.

10. To date, the Debtor's 2025 federal tax return remains unfiled.

11. Pursuant to 11 U.S.C. § 1325(a)(9), the plan cannot be confirmed because the Debtor failed to file her federal income tax returns for all taxable periods ending during the four-year period ending on the Petition Date.

2

12.     A separate memorandum of law is attached.

WHEREFORE, for the foregoing reasons, the IRS prays that the Chapter 13 plan filed by

the Debtor be denied confirmation and for such further relief as may be just and equitable.


Dated: March 12, 2026

DANIEL N. ROSEN
United States Attorney

s/ *Adine S. Momoh*

BY: ADINE S. MOMOH
Assistant U.S. Attorney
Attorney ID Number 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Adine.Momoh@usdoj.gov

Attorneys for the United States of
 America, Internal Revenue Service

3