VERIFICATION

I, Anthony D. Cattaneo, Bankruptcy Specialist with the Internal Revenue Service, an agent for the movant named in the Chapter 13 Bankruptcy Case No. 26-40008, declare under penalty of perjury that the foregoing facts in the Objection to Confirmation regarding the bankruptcy of Carolina Uribe Borrero are true and correct according to the best of my knowledge, information, and belief.

Dated:   February 12, 2026

ANTHONY D. CATTANEO
IRS Bankruptcy Specialist