UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                                              Chapter 13

Carolina Uribe Borrero,                                    Case No. 26-40008

        Debtor

### UNSWORN CERTIFICATE OF SERVICE

I, <u>Barbara Wilson</u>, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on <u>March 12, 2026</u>, I caused to be served a copy of the following documents:

**Objections by the United States of America, Internal Revenue Service to the Debtor's Chapter 13 Plan; Verification and Exhibit A; Memorandum of Law in Support of Objections by the United States of America, Internal Revenue Service to the Debtor's Chapter 13 Plan; Unsworn Certificate of Service; and proposed Order**

to be filed and served electronically via CM/ECF to the following participants:

**Gregory A Burrell** ecfmnmi@trustee13.com
**Mary Sieling** mary@sielinglaw.com
**US Trustee** ustpregionl2.mn.ecf@usdoj.gov

and to mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing in the post office at Minneapolis, Minnesota, addressed to each as follows:

Carolina Uribe Borrero
2608 West 45 Street
Minneapolis, MN 55410

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: March 12, 2026             Signed:  *s/ Barbara Wilson*
                                        BARBARA WILSON
                                        Contractor Paralegal Specialist