UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

In re:                                              Chapter 13

Carolina Uribe Borrero,                             Case No. 26-40008

        Debtor.

ORDER

This matter came before the court for hearing on confirmation of the Chapter 13 plan (ECF No. 3) filed by Carolina Uribe Borrero. The United States of America, Internal Revenue Service filed objections to confirmation and requested an order denying confirmation. Appearances, if any, were noted on the record.

It appears to the satisfaction of the court that the debtor's plan cannot be confirmed.

IT IS ORDERED:

Confirmation is DENIED.

Dated:

_____
KATHERINE A. CONSTANTINE
Chief United States Bankruptcy Judge