## ORDER

55.  **Dissolution of Marriage.** The bonds of matrimony existing between the parties are hereby dissolved.

56.  **Estate, Assets, Debts, and Financial Resources.** Pursuant to the Findings and Order Enforcing the Colombian Documents dates August 7, 2021, the assets and liabilities of the parties are allocated according to the prenuptial agreement and the "Disolucion y Liquicidacion de la Sociedad Conyugal".

57.  **Custody.** The parties shall have joint physical and joint legal custody.

   a.  **Access to Information.** Under Minn. Stat. §518.17, Subd. 3, each parent has the right of access to, and to receive copies of school, medical, dental, religious training, and other important records and information about the minor children. Each parent has equal rights to access of information regarding the children, and rights to be informed by school and medical officials about the children. Each parent will be responsible for communicating any concerns with a child's wellbeing or any accidents or serious incidents to the other parent. Each parent has the right to reasonable access and telephone contact with the children in the form of at least one FaceTime or telephone call per day. The children may initiate contact with the off-duty parent by telephone at any reasonable time.

   b.  Presentation of a copy of the Judgment and Decree to the custodian of records or other information regarding the minor children constitutes sufficient authorization for the release of the record of information to the requesting parent.

58.  **Parenting Time.** Parties shall have equal parenting time in the form of a 5-2-2-5 schedule as follows:

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| Father | Father | Father/Mother | Mother | Mother | Mother | Mother |
| Mother/Father | Father | Father/Mother | Mother | Mother/Father | Father | Father |

Exchanges shall occur by drop off at school and pickup after school on Mondays, Wednesdays, and alternating Fridays. If there is no school, exchanges shall occur by 9:00am at the on-duty parent's residence with the parent beginning their parenting time responsible for pick-up.

Hennepin District Court
State of Minnesota
6/22/2022 2:59 PM

a.    **Holidays.** Mother and Father shall spend holidays with the minor children as follows:

| Holiday | Odd Years | Even Years | Notes |
|---|---|---|---|
| New Year's | Father | Mother | Includes New Year's Eve and New Year's Day |
| Easter | | | With "on-duty" parent. |
| Mother's Day | Mother | Mother | |
| Memorial Day | | | With "on-duty" parent. |
| Father's Day | Father | Father | |
| Fourth of July | | | With "on-duty" parent. |
| Labor Day | | | With "on-duty" parent. |
| Thanksgiving | Mother | Father | |
| Christmas Eve | Mother | Father | |
| Christmas Day | Mother | Father | |
| Spring Break | Father | Mother | |
| MEA Weekend | | | With "on-duty" parent. |
| Dia De Las Velitas | Mother | Mother | Father shall have compensatory overnight with the children. |
| Winter Break | Mother/Father | Father/Mother | Split in half to accommodate accompanying holiday. |

b.    **Vacations.** Both parties are entitled to up to 14 days per year. If either party is going to travel internationally, that party may use the full fourteen days for one trip. If the travel is domestic, then their vacation may be used in two seven-day blocks. For international travel, the parties will follow United States State Department guidelines regarding travel restrictions.

c.    **Priority.** Holiday time shall take priority over vacation time, which shall take priority over the access schedule.

d.    **Alterations to Parenting Time Schedule.** The parties may mutually alter the parenting time schedule. Neither parent may unilaterally change the parenting schedule. Requests for changes must be made with as much notice as possible. The parents shall not advise the children of any changes or negotiations until the matter is settled.

e.    **Overnight Parent Responsibility.** Unless otherwise agreed upon between the parties, the parent who is scheduled to have the child in his or her care overnight is the parent responsible for the child's care in the event of a school release day not otherwise assigned to either party, or if the child is ill or needs to leave school or child care early.

Filed in District Court
State of Minnesota
6/22/2022 2:59 PM

f.  **Right of First Refusal.** The parties shall have a right of first refusal is a party is unavailable for their overnight parenting time during their scheduled parenting time. The on-duty parent shall offer the parenting time to the other parent before arranging for a third-party to care for the children.

59.  **Extracurricular Activities.** The parties shall communicate and cooperate regarding the child's enrollment and participation in sports and extracurricular activities. If an activity impacts the other parent's schedule, the parent seeking to enroll the child must first obtain the other parent's agreement before enrolling the child in the activity. That agreement shall not be unreasonably withheld. Each parent is welcome at all activities and events and both will respect the other parent's attendance. Each party shall be responsible for 50% of any fees or costs associated with extracurricular activities.

60.  **Communication.** In case of emergency regarding the children, the parties will either call or text each other. Otherwise, the parties will continue to utilize Our Family Wizard for child related issues. When either party has a proposal regarding a child related issue, the other party must acknowledge receipt of the message at their first opportunity. A substantive answer must be given within 48 hours. If no response is provided, the parent making the request will be authorized to follow through with their request.

61.  **Non-Disparagement of Other Party.** The parties shall refrain from making any derogatory comments, either orally or in writing, about the other party, or allowing their parties to make such comments, in the presence of the minor children.

62.  **Residency.** Neither party shall remove the minor children from the State of Minnesota for the purpose of changing their place of residence without the written consent of the other party or until further Order of the Court, so long as either party is a resident of the State of Minnesota for the purpose of changing their place of residence, the provisions of Minn. Stat. §518.175, sub. 3 shall control.

63.  **Child Support.** Mother shall have a monthly child support obligation to Father of $241 per month, payable on the 1st of every month. This amount is Mother's basic child support amount, less Father's obligation for health and dental insurance reimbursement. Mother's child support obligation is subject to cost-of-living adjustments as provided for in Minn. Stat. §518A.75. Mother's child support obligation shall continue at the above rate until the minor children attain the age of eighteen (18).

64.  **Health Insurance for the Minor Children.** Mother shall maintain health and dental insurance coverage for the joint minor children. Parties will be responsible for their own health and dental coverage and any health and dental expenses.

65.  **Dependency Claims.** Each party shall be entitled to claim one of the two minor children as a dependent for state and federal income tax purposes, commending for the tax year 2022.

---

Court File No. 27-FA-20-5933          Judgment and Decree          Page 12

Filed in District Court
State of Minnesota
6/22/2022 2:59 PM

66. **Spousal Maintenance.** Neither party is awarded any spousal maintenance. The right to spousal maintenance has not been waived.

67. **Attorney's Fees.** Parties shall be responsible for their own separate attorneys' fees.

68. **Name Change.** Neither party is seeking a name change.

69. **Resolution of Conflict.** Any claim or controversy arising under this document that cannot be resolved by the parties through direct communication without mediation, shall be promptly submitted to mediation.

   a. Definition of Mediation. Mediation shall be a voluntary process entered into by the parties. In this process, the parties shall continue direct communication but with the assistance of a neutral person who is the mediator, which mediator has no authority to require any concession or agreements. A good faith effort shall be made to resolve any claim or controversy arising between the parties.
   b. Selection of Mediator. The mediator shall be obtained through Hennepin County Family Court Services or an agreed upon mediator.
   c. Duties and Responsibilities of Mediator. The mediator shall have the duty and responsibility to assist the parties in resolving all issues submitted for mediation.
   d. Duties of Parties. Both parties shall cooperate and operate in good faith to resolve the matter(s) in dispute with the assistance of the mediator.
   e. Confidentiality and Privilege. Within the limits of the law, the mediator will accord confidentiality and privilege to all communications with the parties.
   f. Restrictions. The mediator shall not participate as a witness, collateral contact, or attorney in a parenting time study or inquiry involving either party. Further, neither party may ever call the mediator as a witness to testify in any proceeding involving their children or the subject matter of the mediation.
   g. Compromise or Offers to Compromise During Mediation. State statute shall be applicable throughout the entire process of mediation.
   h. Applicability of Dispute Settlement Procedures. The above procedures shall apply to any claims or controversies arising under this document.
   i. Exhaustion of Remedies. The above procedure shall be followed before either party may apply to the Court for relief.

70. **Appendix A.** This document is subject to the provisions of Appendix A, attached hereto and incorporated herein by reference.

71. **Service of Judgment and Decree.** Service of a copy of this order shall be made upon pro-se parties by first class U.S. mail at their last known addresses, or to attorneys by e-service, which shall be due and proper service for all purposes.

72. **Execution and Exchange of Documents.** To implement the terms and provisions contained herein, each of the parties shall make, execute and deliver to the other party instruments of conveyance, assignment and other documents as may be required. In the event either party fails to do so, the Judgment and Decree shall operate as said conveyance.

Filed in District Court
State of Minnesota
6/22/2022 2:59 PM

73.  **Retention of Jurisdiction.** If there are assets or income that have not been disclosed and/or divided herein, the Court hereby retains jurisdiction over said income and/or assets for the purpose of making an equitable division thereof. The party failing to disclose said income and/or assets shall pay the reasonable attorneys' fees and costs of the other party incurred in enforcing this provision.

74.  **Waiver of Stay of Judgment.** The thirty day stay of Judgment is hereby waived.

27-FA-18-6324

Filed in District Court
State of Minnesota
6/21/2022 8:20 AM

## ORDER FOR JUDGMENT

### LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Burns, Michael
2022.06.15
11:32:13 -05'00'

*Michael E. Burns*
Judge of District Court

## JUDGMENT

I certify the above *Conclusions of Law* are the Judgment of the Court and Judgment is hereby entered.

_____
Court Administrator

_____
Deputy

Filed in District Court
State of Minnesota
Dated:   Jun 21, 2022 9:01 am

---

Court File No. 27-FA-20-5933          Judgment and Decree          Page 14