**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Carolina Uribe Borrero,

Case No. 26-40008
Chapter 13 Case

Debtor.          **JOINT REQUEST FOR REFERRAL TO MEDIATION**

The Debtor, Pawel Rzeczkowski, and DeWitt, LLP, through their undersigned counsel,
jointly request that the Joint Objection of Pawel Rzeczkowski and DeWitt, LLP to Confirmation
of Debtor's Proposed Chapter 13 Plan [ECF No. 21] and the Debtor's Motion Objecting to Claim
of DeWitt, LLP and Pawl Rzeczkowski [ECF No. 31] be referred to mediation.   Given the
complexity of the motions, the parties agree that mediation could save administrative costs and be
judicially efficient for the court and Chapter 13 trustee.

Dated: March 17, 2026                    **SIELING LAW, PLLC**

By:  _s/ Mary F. Sieling_
Mary F. Sieling, (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN  55343
Phone: 612-325-1191
Email: mary@sielinglaw.com

Attorney for the Debtor

Dated March 17, 2026                    **DEWITT LLP**

By: _/s/ David A. Orenstein_
David A. Orenstein (#121447)
901 Marquette Avenue, Suite 2100
Minneapolis, MN 55402
612-305-1494
dao@dewittllp.com

Attorneys for Pawel Rzeczkowski and DeWitt