**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                          Case No: 26–40008

Carolina Uribe Borrero,                                                          Chapter 13


Debtor(s).

---

**NOTICE TO DEBTOR(S) REGARDING**
**CERTIFICATE OF FINANCIAL–MANAGEMENT COURSE COMPLETION**

---

The debtor(s) has not filed a Certificate of Financial–Management Course Completion as required by Fed. R. Bankr. P. 1007(b)(7). Failure to file the certificate may result in the case being closed without entry of discharge. 11 U.S.C. § 1328(g)(1).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the certificate no later than the date when the last plan payment is to be made.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415


Dated: March 23, 2026                                    s/ Tricia Pepin
                                                         Clerk, United States Bankruptcy Court

                                                         By: admin
                                                         Deputy Clerk

**mnb13fmz** 12/24