**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                         Case No: 26−40008

Carolina Uribe Borrero,                                                        Chapter 13

Debtor(s).

**NOTICE TO DEBTOR(S) REGARDING**
**CERTIFICATE OF FINANCIAL−MANAGEMENT COURSE COMPLETION**

The debtor(s) has not filed a Certificate of Financial−Management Course Completion as required by Fed. R. Bankr. P. 1007(b)(7). Failure to file the certificate may result in the case being closed without entry of discharge. 11 U.S.C. § 1328(g)(1).

File this form with the Bankruptcy court.

This case will be closed without discharge unless the debtor(s) files the certificate no later than the date when the last plan payment is to be made.

**File this form at the address below.**

**Bankruptcy Clerk's Office:**
301 Diana E. Murphy U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: March 23, 2026                         s/ Tricia Pepin
                                              Clerk, United States Bankruptcy Court

                                              By: admin
                                              Deputy Clerk

**mnb13fmz** 12/24

United States Bankruptcy Court

District of Minnesota

In re:                                                                    Case No. 26-40008-KAC

Carolina Uribe Borrero                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4                         User: admin                              Page 1 of 2

Date Rcvd: Mar 23, 2026                      Form ID: mnb13fmz                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Adine S. Momoh
                                on behalf of Interested Party United States of America  Internal Revenue Service adine.momoh@usdoj.gov,
                                usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov

David A. Orenstein
                                on behalf of Creditor DeWitt LLP dao@dewittllp.com  tmg@dewittmcm.com

David A. Orenstein
                                on behalf of Creditor Pawel Rzeczkowski dao@dewittllp.com  tmg@dewittmcm.com

Gregory A Burrell
                                on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com

Gregory A Burrell
                                ecfmnmi@trustee13.com

Mary Sieling

District/off: 0864-4                              User: admin                                    Page 2 of 2

Date Rcvd: Mar 23, 2026                          Form ID: mnb13fmz                               Total Noticed: 1

on behalf of Debtor 1 Carolina Uribe Borrero mary@sielinglaw.com

US Trustee

ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7