**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

        Carolina Uribe Borrero,

           Debtor.

Chapter 13
Case No. 26-40008

**ORDER REFERRING MATTER FOR MEDIATION**

This case came before the court on the stipulation between the Debtor and DeWitt, LLP and Pawel Rzeczkowski [Doc 33]. In the stipulation, the parties jointly requested mediation on the objection to confirmation of the Debtor's Chapter 13 Plan [Doc 3] filed by DeWitt, LLP and Pawel Rzeczkowski [Doc 25] and the Motion filed by the Debtor objecting to the claim of DeWitt, LLP and Pawel Rzeczkowski [Doc 31]. Judge William J. Fisher has agreed to mediate the dispute.

IT IS ORDERED:

1.     The parties shall submit to mediation and shall appear and participate as ordered by the mediator.

2.     Judge William J. Fisher will serve as the mediator.

3.     The Mediating Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a mediating judge, the Mediating Judge performs judicial duties. See, e.g., 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Fed. R. Bankr. P. 7016; Local Rule 9019-2; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Mediating Judge and all persons assisting the Mediating Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Mediating Judge's role as mediating judge.

BY THE COURT:

Dated: *March 25, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:                                                                      Case No. 26-40008-KAC

Carolina Uribe Borrero                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2026 | Form ID: pdf111 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |
| cr | + | DeWitt LLP, 901 Marquette Ave, Suite 2100, Minneapolis, MN 55402-3713 |
| intp | + | United States of America, Internal Revenue Service, c/o Adine S. Momoh, 600 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pawel Rzeczkowski |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States of America  Internal Revenue Service adine.momoh@usdoj.gov, usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| David A. Orenstein | on behalf of Creditor Pawel Rzeczkowski dao@dewittllp.com  tmg@dewittmcm.com |
| David A. Orenstein | on behalf of Creditor DeWitt LLP dao@dewittllp.com  tmg@dewittmcm.com |

District/off: 0864-4                                    User: admin                                    Page 2 of 2
Date Rcvd: Mar 25, 2026                             Form ID: pdf111                              Total Noticed: 3

Gregory A Burrell
                        on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com

Gregory A Burrell
                        ecfmnmi@trustee13.com

Mary Sieling
                        on behalf of Debtor 1 Carolina Uribe Borrero mary@sielinglaw.com

US Trustee
                        ustpregion12.mn.ecf@usdoj.gov


TOTAL: 7