# EXHIBIT 4

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

STATE OF MINNESOTA

COUNTY OF HENNEPIN

----------------------------------------------

In Re the Marriage of:

Pawel Dominik Rzeczkowski,

        Petitioner,

and

Carolina Uribe Borrero,

        Respondent.

----------------------------------------------

DISTRICT COURT

FOURTH JUDICIAL DISTRICT
Family Court Division
Court File No. 27-FA-19-6324

**AFFIDAVIT OF COUNSEL**

I, **ROBERT W. DUE,** after first being duly sworn upon oath, respectfully declare to the Court as follows:

1.    I am an attorney at law licensed to practice in Minnesota and New York and a partner in the firm of DeWitt LLP, with offices at 901 Marquette Avenue, Suite 2100, in Minneapolis. I have been the attorney who represented Petitioner in this proceeding since February of 2021, through trial and on two appeals.

2.    I am making this affidavit, in compliance with this Court's Order dated April 22, 2025, in support of Petitioner's request for an award of need-based attorney fees and pursuant to the specific instructions from the Court of Appeals on remand in its Opinion issued on December 2, 2024.

3.    As a reminder to the Court, I graduated from Carleton College with honors in 1978 and from the University of Minnesota Law School with honors in 1981. I have been licensed to practice law in the State of Minnesota since October 30, 1981. Following my graduation from law school, I worked as a law clerk for a District Court Judge for one year and then entered private practice. Since 1982, the vast majority of my practice has been in the area of family law. I am

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

presently a member of the Minnesota Chapter of the American Academy of Matrimonial Lawyers.

I have been named a Super Lawyer by *Minnesota Law & Politics* every year since 2002 and have

been included in *Best Lawyers of America*. My partner, James R. Todd, who also worked on this

case, received his bachelor's degree from the College of William & Mary in 2007 and received his

law degree and MBA from the University of St. Thomas in 2014.

4.      Petitioner has been billed at my normal hourly rate of $495 and at an hourly rate of

$395 for James Todd. Whenever possible, paralegal support was used at the hourly rates of $240

and $265.

## Need-Based Fees Incurred in the District Court

5.      Attached as **Exhibit A** is an updated summary of the attorney fees charged to

Petitioner by DeWitt LLP from August 9, 2021 through March 22, 2022 ("**Part 1 of 2**"). This

summary **excludes** all of the fees and costs associated with the district court litigation over the

enforceability of the Colombian documents, all of which litigation occurred prior to August 9,

2021. The total sum of **$99,472.95** represents the true and correct fees for legal services performed

for the benefit of Petitioner in connection with his representation in the district court proceeding

as to the issues of custody, spousal maintenance, child support, and attorney's fees. (The all-

inclusive amount of fees and costs owed by Petitioner to DeWitt LLP as of the date of this affidavit,

including and yet billed, is $296,391.81, which includes $13,093.36 of disbursements.)[1] I am also

---

[1] I have personally reviewed the work in process in this case. To the best of my knowledge the work performed above was actually performed and required for the benefit of, and the proper representation of, the client. All unnecessary or duplicative work has been eliminated. The hourly rates charged are reasonable in view of the nature of the work actually performed and the prevailing hourly rates charged by similarly experienced lawyers and paralegals in the local area for similar work. Likewise, the requested fees are reasonable in light of the billing practices of other similarly experienced lawyers and paralegals in the local area for similar work.

2

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

attaching all of the invoices which support the updated summary of the attorney's fees charged to Petitioner, both at the district court and appellate court levels.

6.    I want to underscore that the total of **$99,472.95** of *district court* fees I am requesting on Petitioner's behalf has absolutely nothing to do with the issue of the validity and enforceability of the Colombian documents (the prenuptial agreement and the "dissolution and liquidation of marital partnership" agreement). Despite the district court's finding in its Amended Judgment and Decree dated July 24, 2023, in support of its now-reversed denial of Petitioner's request for need-based fees, that "[t]he bulk of the court filings since commencement, **both to this Court** and to the appellate court, have attempted to invalidate contracts that are valid and enforceable under Minnesota law" (*id.* at 12, emphasis added), I excluded **all** fees relating to the Columbian documents. *See* Affidavit of Counsel dated April 21, 2023 (Doc. 195); *see also* **Exhibit A, "Part 1 of 2,"** attached hereto. The period for claimed fees incurred at the district court level of $99,472.95 was from August 9, 2021 (after the district court had issued its final order on the Colombian documents on August 7, 2021) through March 22, 2022 – the period which included preparation for and representation at a three-day trial on the issues of legal custody and spousal maintenance held on January 5, 6, and 7, 2022, and the submission of proposed findings and final written arguments. **The issue of the validity and enforceability of the Colombian documents was not presented, argued, or submitted at all during trial.**[2]

---

[2] Notwithstanding Petitioner's exclusion of the fees associated with that issue from his request for an award of need-based fees at the district court level, the issue **was** argued in good faith, as the district court itself previously found. *See, e.g.,* Order on Request for Need-Based Attorney Fees dated January 12, 2021 at 4:

> First, this Court considers whether the fees are necessary for the good faith assertion of Father's rights in the proceedings and will not contribute unnecessarily to the length and expense of the proceedings. Here, the Court finds that attorney fees are

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

7.      The amount of $99,472.95 relates to the trial issues of joint legal custody, spousal maintenance, child support, and attorney's fees. In my updated summary of the attorney fees charged to Petitioner by DeWitt LLP from August 9, 2021 through March 22, 2022 ("**Part 1 of 2**" of **Exhibit A**, attached hereto), I have allocated the fees incurred for each billable entry between time spent on the issue of custody and time spent on the issues of maintenance, child support, and attorney fees. Of the $99,472.95, I have estimated that $49,575.98 was incurred relative to the custody issue, while $49,896.98 was incurred relative to the financial issues presented and argued at trial. Of the billable entries which are not otherwise specifically attributable to a particular issue (such as "preparing for trial" or "drafting post-trial submissions"), I estimate that 50 percent of the time was spent on the custody issue, while 50 percent of the time was related to financial issues (excluding the issue of the enforceability of the Colombian agreements). This 50/50 estimated fee allocation per billable entry (not otherwise attributable to a particular issue) is supported by the record.

---

necessary for Father's good faith assertion in these proceedings. The matter of the economic divorce will continue to be litigated and has been the central issue throughout these proceedings. To be sure, Mother does not agree with Father's position on the matter. But that does not mean that Father's assertion is not in good faith.

**His assertion of those arguments [that the Columbian agreements should be invalidated] will not contribute unnecessarily to the length and expense of the proceedings. On the contrary, it is necessary that the Court resolve that issue in order to proceed with the dissolution.** The Court would be unable to proceed without a determination on the parties' marital property.

*Id* (with my emphasis and bracketed clarifications added). Not only was the issue of the validity and enforceability of the Colombian agreements argued in good faith, the Court of Appeals credited Petitioner's argument that the district court should have analyzed whether the postnuptial agreement was unconscionable in its enforcement under Minnesota law and remanded to the district court for consideration of that very issue. *See Rzeczkowski*, 2023 WL 2762442 at *8.

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

8.      For example, the trial transcript is 598 pages long. Of that, 467 pages consisted of witness testimony. Of that, 232 pages were devoted to custody, while 235 pages were devoted to financial issues (excluding the issue of the enforceability of the Colombian agreements, which was not argued or presented at trial). Petitioner's trial memorandum was 23 pages long, Petitioner's proposed findings were 35 pages long, and Petitioner's final argument was 39 pages long. As can be observed by reviewing the documents themselves, roughly half of each document was devoted to the custody issue and roughly half of each document focused on the financial issues of spousal maintenance, child support, and need-based attorney fees.

9.      The Court of Appeals has now definitively concluded that Petitioner's legal custody claim was made in good faith and has noted that Petitioner's claim for fees arising from other issues (including spousal maintenance) does not depend on Petitioner's success on those issues:

> Put differently, we recognized that the district court had already found that Rzeczkowski met both the second and third statutory requirements and that, on the first requirement, part of the claimed fees has arisen from the good-faith assertion of rights. It was in this context that we directed the district court to determine "whether Rzeczkowski is entitled to an award of need-based attorney fees for the assertion of other rights that were made in good faith." [*Rzeczkowski v. Borrero*, 2023 WL 2762442 at *13 (Minn. Ct. App. Apr. 3, 2023)] In other words, the district court was tasked with determining the **amount** of need-based attorney fees Rzeczkowski is entitled to receive based on his good-faith child-custody claims and any "other rights" that he asserted in good faith.

> Contrary to those instructions, the district court on remand concluded that Rzeczkowski is not entitled to any attorney fees for his claims. The district court wrote that "[a]ny fees generated by [Rzeczkowski's] claims made in good faith were so marginal so as not to warrant an award in light of [Rzeczkowski's] decision not to work and generate his own income." It also reasoned that Rzeczkowski's affidavit and exhibits submitted to support his attorney-fee request were not sufficiently detailed as to the amount of fees Rzeczkowski incurred pursuing his joint-legal-custody claim. The district court added that the bulk of Rzeczkowski's court filings "have attempted to invalidate contracts that are valid and enforceable under Minnesota law." And contrary to the finding we previously credited, it also found that "[Rzeczkowski] does have the means to pay" his attorney fees. **Failing to follow our instructions resulted in an erroneous analysis.**

5

27-FA-19-6324

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

The district court's error included its failure to properly assess Rzeczkowski's claim to attorney fees. The issue of whether Rzeczkowski had the means to pay was beyond the scope of remand and thus not properly before the district court.[3] *See Sefkow v. Sefkow*, 427 N.W.2d 203, 213 (Minn. 1988) (holding that this court may limit the issues to be considered on remand). And the district court abused its discretion by concluding that the evidence Rzeczkowski's counsel provided was insufficiently specific to calculate an award of attorney fees. For motions seeking an award of attorney fees of at least $1,000, the moving party must submit, among other things, a "detailed itemization" of the fees sought. Minn. R. Gen. Prac. 119. But a district court may award attorney fees based on its own observation and estimate the value of attorney work. *Nelson v. Ninneman*, 373 N.W.2d 373, 377 (Minn. Ct. App. 1985); *Fick v. Fick*, 375 N.W.2d 870, 875 (Minn. Ct. App. 1985). And when a district court is familiar with the history of the case and has access to the parties' financial documents, it need not rely solely on an attorney's affidavit regarding fees. *Gully*, 599 N.W.2d at 826. We appreciate that it is difficult to discern from Rzeczkowski's counsel's affidavit and accompanying exhibits precisely which fees correspond to attorney work on good-faith claims. But the lack of exacting specificity in the affidavit and exhibits should not have led the district court to deny *all* attorney fees. The record provides a means for the district court to estimate reasonable fees. It demonstrates that **much of the trial focused on custody issues, which we previously concluded were matters raised in good faith. Two of the four nonparty witnesses who testified at trial testified about custody. And although Rzeczkowski did not ultimately prevail on his spousal maintenance claim, an award of attorney fees does not depend on his success.** *Phillips v. LaPlante*, 823 N.W.2d 903, 907 (Minn. Ct. App. 2012), *rev. denied* (Minn. Aug. 6, 2013). In sum, the district court improperly found that Rzeczkowski does have the means to pay; it improperly based its fee decision in part on Rzeczkowski's willful unemployment; it improperly deemed too "marginal" Rzeczkowski's fees generated to pursue an issue that **we determined was pursued in good faith and that comprises a substantial part of the record**; and it improperly rejected Rzeczkowski's attorney-fee request without sufficiently attempting to estimate its amount or conduct an evidentiary hearing after it found the supporting affidavits and invoices imprecise. The district court therefore abused its discretion by refusing to award Rzeczkowski any attorney fees incurred in district court. On this remand, the district court must follow our previous remand instructions as refocused in this opinion.

---

3 Also beyond the scope of remand is consideration of any argument that Respondent may offer that she cannot afford to pay the claimed need-based fees at issue on remand. It was already determined that Respondent has the means to pay Petitioner's need-based fees, and that issue – like the issue of Petitioner's inability to pay his fees – cannot properly be considered before this Court on remand.

27-FA-19-6324

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

*Rzeczkowski v. Borrero*, 2024 WL 4926223 at \*4 – 5 (Minn. Ct. App. Dec. 2, 2024),
*rev. denied* (Minn. Feb. 26, 2025) (emphasis added).

10.    It is difficult to see how Petitioner's assertion of his claim for continued spousal maintenance could have been in bad faith, where the district court, in rejecting Petitioner's argument that enforcing the Colombian documents would violate Minnesota's public policy against allowing a divorced spouse to become a "public charge" under *Auer v. Scott*, 494 N.W.2d 54, 57 (Minn. Ct. App. 1992), stated that "**a request for spousal maintenance is still available in this case.**" (*See* Findings and Order Enforcing Colombian Documents dated August 7, 2021 at 39.) It is also difficult to see how his claims for guidelines child support (which he was awarded) and need-based attorney's fees (to which the Court of Appeals has determined he is entitled) could have been made in bad faith. That is especially true when the Court of Appeals has definitely concluded that Petitioner raised all three of those issues on appeal in good faith: "[W]e agree with Rzeczkowski that the affidavit and spreadsheet his attorneys provided to the district court were sufficiently specific for the district court to calculate a fee award on **the issues of spousal maintenance, child support, and attorney fees raised in the prior appeal – issues that we now clarify were raised and argued in good faith.**" *Rzeczkowski*, 2024 WL 4926223 at \*6 (emphasis added).

11.    A review of the transcript and exhibits will demonstrate that Petitioner's claim for continued spousal maintenance in a modest amount for a limited period of time was made in good faith and in fact supported by evidence the district court did not analyze. A review of the transcript and exhibits will also demonstrate that Petitioner's claims for child support and need-based attorney's fees were made in good faith and supported by evidence. The fact that Petitioner did not prevail does not disqualify him from claiming need-based attorney fees related to the spousal

7

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

maintenance issues, as the Court of Appeals specifically noted in its December 2, 2024 Opinion. An "award of need-based attorney fees does not depend in any way on whether the party seeking fees is the prevailing party." *Phillips v. LaPlante*, 823 N.W.2d 903, 907 (Minn. Ct. App. 2012). And it certainly would not preclude Petitioner from his claim related to the issue of guidelines child support (which he was awarded) and need-based attorney's fees (to which the Court of Appeals has now definitely held he is entitled).

### Need-Based Fees Incurred on Appeal

12. In addition to "Part 1 of 2" of the attached **Exhibit A**, I have also included "**Part 2 of 2**," which is an updated summary of the **$54,668.75** in attorney fees incurred as part of Petitioner's first appeal following issuance of the Judgment and Decree. Of the $54,668.75, I have estimated that $27,571.38 was incurred relative to the Colombian document issue, while $27,097.38 was incurred relative to the other financial issues presented and argued on appeal. Of the billable entries which are not otherwise specifically attributable to a particular issue (such as "continue to draft reply brief" or "prepare for and attend oral argument at the Court of Appeals"), I have estimated that 50 percent of the time was spent on the Colombian document issue, while 50 percent of the time was related to other financial issues. Again, this 50/50 estimated fee allocation per billable entry not otherwise attributable to a particular issue is well supported.

13. For example, of the 60 pages of main text of both Petitioner's principal and reply briefs on appeal (*i.e.*, excluding the tables of contents and authorities, the statement of legal issues, and the like), 30 pages were devoted to the Colombian document issue, while the remaining 30 pages were devoted to other financial issues (spousal maintenance, child support, and attorney fees).

8

27-FA-18-6324

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

14.     As to the issue of the validity and enforceability of the Colombian documents, the fact that Petitioner was not successful as to all aspects of that issue on appeal should not disqualify him from need-based fees related to that issue. Petitioner was successful in obtaining a remand of the issue of whether Minnesota's public-policy exception to the application of the doctrine of comity to the Colombian postnuptial agreement rendered enforcement of the Colombian agreement unconscionable – an issue of first impression in Minnesota, as the Court of Appeals noted in the first appeal:

> Rzeczkowski, however, also argued to the district court—although not articulated as clearly as his public-charge argument—that enforcement of the [Colombian postnuptial agreement] would be unconscionable. **There is no Minnesota caselaw addressing whether the public-policy exception to the application of comity encompasses unconscionability**. Minnesota does, however, have a policy against enforcing unconscionable contracts. *See Holland v. Sheehan*, 122 N.W. 1, 3 (Minn. 1909) ("Public policy requires of courts of equity protection from unjust and unconscionable bargains ...."), *abrogated in part by Maslowski v. Prospect Fundings Partners LLC*, 944 N.W.2d 235 (Minn. 2020); *see also Kauffman Stewart, Inc. v. Weinbrenner Shoe Co.*, 589 N.W.2d 499, 502 (Minn. App. 1999) ("If a court determines that a contract contains an unconscionable clause, it may refuse to enforce the contract, enforce it without the offending language, or limit application of the unconscionable clause to avoid any unconscionable result." (quotation omitted)). And, in the context of antenuptial agreements, our supreme court has held that such agreements "must be fair, both procedurally and substantively." *Kremer v. Kremer*, 912 N.W.2d 617, 621 (Minn. 2018). The court stated that "[t]he common-law standard for substantive fairness is whether an agreements' terms are unconscionable or oppressive." *Id.* We also note that the legislature has expressed similar standards for postnuptial agreements in subdivision 1a of Minn. Stat. § 519.11. That statute provides that to be "valid and enforceable," the agreement must be "procedurally and substantively fair and equitable." Minn. Stat. § 519.11, subd. 1a.
>
> Consequently, we can presume that there is a clear policy in this state against the enforcement of unconscionable postnuptial agreements. And because "[c]omity is not a formal rule but rather an informal policy of deference," **we also conclude that it is valid to consider whether the [Colombian postnuptial agreement] is unconscionable regardless of whether Colombia would judge the [agreement] against the same standard**. *Medtronic, Inc. v. Advanced Bionics Corp.*, 630 N.W.2d 438, 449 (Minn. App. 2001). As such, we conclude that the public-policy exception to the application of comity encompasses a prohibition on the

9

27-FA-19-6324

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

enforcement of unconscionable provisions in postnuptial agreements.

The district court here, however, did not address whether the provisions of the [Colombian agreement] are unconscionable. The district court limited its public-policy analysis to whether enforcement of the [Colombian agreement] would render Rzeczkowski a public charge, which in fairness to the district court was Rzeczkowski's most clearly articulated claim. We conclude that it is therefore appropriate to remand this issue to the district court to determine whether enforcement of the [Colombian postnuptial agreement] would be unconscionable, and we refrain from expressing any opinion on the merits of this question at this time.

*Rzeczkowski*, 2023 WL 2762442 at *7 – 8 (emphasis added).

15.    In other words, Petitioner was successful in obtaining a remand of the issue of the validity and enforceability of the Colombian postnuptial agreement to the district court – and in creating new law. It is hard to see how it could be determined that that issue was argued in bad faith on appeal, irrespective of Petitioner's ultimate success on the merits following remand. The Court of Appeals, in its remand order on the issue of need-based attorney fees incurred on appeal, indicated that "because appellant **obtained some relief** on appeal, it would be improper to characterize the appeal as a whole as having been taken in bad faith." Besides the remand on the issue of need-based attorney fees, the only other relief Petitioner obtained on his first appeal was on the issue of the validity and enforceability of the Colombian postnuptial agreement.

16.    As to the issues of spousal maintenance, child support, and attorney fees that were raised on appeal, the Court of Appeals has now definitely concluded that those issues were raised in good faith:

This court's separate order regarding appellate attorney fees likewise remanded only the issue of whether Rzeczkowski met the good-faith-claim element:

The district court previously determined that appellant lacks the means to pay his own fees and that [respondent] has the means to contribute to fees. We remanded to the district court for consideration of whether an award of need-based fees was necessary

27-FA-18-6324

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

to appellant's assertion of rights pursued in good faith in the district court. Similarly, because appellant obtained some relief on appeal, it would be improper to characterize the appeal as a whole as having been taken in bad faith. Accordingly, we conclude it is appropriate for the district court to address the issue of attorney fees on appeal.

The district court must execute an appellate court's "mandate strictly according to its terms" and it "lacks power to alter, amend, or modify that mandate." *Johnson v. Princeton Pub. Utils. Comm'n*, 899 N.W.2d 860, 868 (Minn. Ct. App. 2017) (quotation omitted), *rev. denied* (Minn. Aug. 15, 2017). But on remand here, the district court assessed all three statutory elements and concluded, among other things, that Rzeczkowski failed to prove that he did not have the means to pay attorney fees. The district court's conclusions relating to Rzeczkowski's means again exceeded the scope of our remand instructions.

The district court added that it did "not have a factual basis to apportion any part of the claimed [appellate fees]." But we agree with Rzeczkowski that **the affidavit and spreadsheet his attorneys provided to the district court were sufficiently specific for the district court to calculate a fee award on the issues of spousal maintenance, child support, and attorney fees raised in the prior appeal – issues we now clarify were raised an argued in good faith**. The district court therefore abused its discretion by denying Rzeczkowski any appellate attorney fees.

Because the evidence in the record shows that **a substantial portion of Rzeczkowski's attorney fees incurred in district court and on appeal corresponded to good-faith claims**, we remand to the district court to reopen the record to allow the parties to present further evidence and testimony regarding attorney fees and for the district court to issue fact findings and conclusions of law to resolve the issue.

*Rzeczkowski*, 2024 WL 4926223 at *5 – 6 (emphasis added).

17. Petitioner has only been able to pay the undersigned's law firm a total of $15,000 toward the substantial fees he has incurred, and of that amount, $13,093.36 has been consumed with costs and disbursements. I fully support Petitioner's request for a substantial award of fees at the district court and appellate levels to help defray his heavy litigation costs. As the Court of Appeals has now unambiguously held, "**a substantial portion of Rzeczkowski's attorney fees incurred in district court and on appeal corresponded to good-faith claims**." *Id.* at *6. As an officer of the Court and a family law attorney for over 40 years, I can personally attest that the fees

Filed in District Court
State of Minnesota
5/14/2025 5:19 PM

incurred by Petitioner were incurred for the good-faith assertion of his rights, are reasonable, and are consistent with fees charged for other clients in matters of this scope and complexity.

18. With respect to the two claims for need-based fees addressed above, Respondent is foreclosed from arguing that she does not have the ability or means to contribute to Petitioner's attorney fees, as the district court's finding that she indeed has such an ability was affirmed by the Court of Appeals and the determination of her present ability to contribute was expressly excluded from the scope of both the first and second remands. The balance sheet reflecting Respondent's net worth of $1,238,862 was admitted into evidence as Trial Exhibit 16 without objection (see **Exhibit 2**), and the probability is that Respondent's net worth has increased, not decreased, since the valuation date. Any claim by Respondent that her ability to contribute to Petitioner's attorney fees has diminished since the trial would call for an explanation and additional discovery and investigation, which fortunately is not necessary because of the explicit remand instructions from the Court of Appeals. Petitioner preemptively objects to any attempt on the part of Respondent to offer evidence as to her current financial circumstances and ability to pay.

## VERIFICATION

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: May 14, 2025

Signed at: Hennepin County, Minnesota

_____
Robert W. Due

12



EXHIBIT

tabbies®

B

| RZECZKOWSKI – URIBE BALANCE SHEET | | | | | |
|---|---|---|---|---|---|
| Date of Marriage: 10/01/2011 | | | Allocation | | |
| Valuation Date: 11/13/2019 | Total Value | Carolina | Pawel | Valuation Date 11/13/2019 | Source / Notes |
| **REAL ESTATE** | | | | | |
| Homestead at 4208 Beard Avenue South - sold 9/28/21 | $1,300,000.00 | | | | Settlement Statement |
| Less Wells Fargo mortgage payoff | ($879,245.84) | | | | |
| Less other costs of sale | ($87,827.47) | | | | |
| Net Proceeds to DCS Family Law | $332,926.69 | | | | |
| | | | | | |
| **RETIREMENT/INVESTMENT ACCOUNTS** | | | | | |
| Carolina's Charles Schwab IRA *4752 | $40,386.16 | | | 11/30/19 | Statement 11/30/2019 |
| Carolina's Charles Schwab Roth IRA *0430 | $5,055.88 | | | 11/30/19 | Statement 11/30/2019 |
| Carolina's Proteccion retirement account | $143,101.00 | | | 12/31/19 | 493,451,639 Colombian Pesos (.00029 as of 11/13/19 |
| Carolina Skandia retirement account | $196,811.00 | | | 11/30/19 | 678,657,229 Colombian Pesos (.00029 as of 11/13/19) |
| Carolina's Oasis 401(k) | $8,591.52 | | | 12/31/17 | Statement 12/31/2017 |
| Carolina's Vanguard Cargill Partnership Plan *1080 | ($1,406.78) | | | 09/30/18 | Statement 9/30/2018; $1,406.78 withdrawn |
| Carolina's Fidelity Brambles USA 401(k) | $32,160.93 | | | 12/31/17 | Statement 12/31/2017; $31,334.48 withdrawn as of statement 5/01/2020 |
| **RETIREMENT SUBTOTAL** | $424,699.71 | | | | |
| **AMOUNT TO EQUALIZE RETIREMENT** | | | | | |
| **Retirement Subtotal after equalizer** | | | | | |
| | | | | | |
| **BANK AND INVESTMENT ACCOUNTS** | | | | | |
| Carolina's Delta Community Credit Union checking account *8885 & svgs | $95.41 | | | 11/1/2019 | Statement 11/30/2019 |
| Carolina's Wells Fargo portfolio checking account *1594 | $240.88 | | | 11/1/2019 | Statement 11/30/2019 |
| Joint Wells Fargo everyday checking account *8914 | $7,254.82 | | | 11/1/2019 | Statement 11/30/2019 |
| Carolina's Wells Fargo platinum savings account *1166 | $2,562.00 | | | 11/13/2019 | Statement 11/30/2019 (Excludes $14,000 deposited 11/15/19 from Growth Poss *5957) |
| Carolina's Wells Fargo Growth Possibilities ckg *5957 | $18,006.40 | | | 11/13/2019 | Statement 11/30/2019 |
| Joint Charles Schwab investment account *0782 | $87.90 | | | 11/1/2019 | Statement 11/30/2019 |
| Carolina's Charles Schwab investment account *3338 | $434,326.49 | | | 11/1/2019 | Statement 11/30/2019 |
| Total Bank and Investment Accounts | $462,573.90 | | | | |
| | | | | | |
| **AUTOMOBILES** | | | | | |
| 2017 Toyota Sienna | $25,125.00 | | | | KBB printout |

| | | | | | |
|---|---|---|---|---|---|
| Less loan *3887 | ($13,989.85) | | | 11/01/19 | Statement dated 11/1/2019 |
| 2018 Nissan Rogue | $15,297.00 | | | | KBB printout |
| | $26,432.15 | | | | |
| | | | | | |
| **LIFE INSURANCE** | | | | | |
| Liberty Mutual term life insurance policy on Carolina's life | | | | | Death benefit of $1,000,000 - no cash value |
| Liberty Mutual term life insurance policy on Pawel's life | | | | | Death benefit of $1,000,000 - no cash value |
| | | | | | |
| **BUSINESS INTERESTS** | | | | | |
| Growth Possibilities, LLC (C) | | | | | |
| | | | | | |
| | | | | | |
| **MISC** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **ASSET SUBTOTAL (excluding retirement)** | $1,246,632.45 | | | | |
| | | | | | |
| **DEBTS AND LIABILITIES** | | | | | |
| Pawel's premarital student loan - bal. 12/2/21 - ($48,616) | | | | | Printout 12/2/21 |
| Pawel's Visa 0090 - balance 11/30/21: ($7,810) | | | | | Printout 11/30/21 |
| Carolina's Delta Community Credit Union Visa *0090 | ($2,083.74) | | | 11/20/19 | Statement 11/20/19 |
| American Express *3002 (used by both parties) | ($5,686.98) | | | 11/06/19 | Statement 11/6/2019 |
| **DEBT SUBTOTAL** | ($7,770.72) | | | | |
| | | | | | |
| **SUBTOTAL:** | $1,238,861.73 | | | | |
| | | | | | |
| | | | | | |
| **TOTAL DIVISION OF ASSETS** | | | | | |
| | | | | | |
| **Excludes children's accounts:** | | | | | |
| 529 Account (Sebastian) *0387 (Carolina POA North Rock Partners) | $161,077.59 | | | 12/31/19 | Statement 12/31/2019 |
| 529 Account (Aurora) *0388 (Carolina POA North Rock Partners) | $164,077.59 | | | 12/31/19 | Statement 12/31/2019 |
| | | | | | |

Time Detail

Client/Matter: RZECZKOWSKI, PAWEL (0101070)Dissolution of Marriage (0000)

| Timekeeper | Client/Matter | Transaction Date | To Bill Hours | Billed Amount | Narrative | Percentage Related to Custody Issue | Percentage Related to Financial Issues |
|---|---|---|---|---|---|---|---|
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/9/2021 | 0.40 | $96.00 | Revise PFDS; e-mail to and from client; submit to Court and counsel for pretrial conference. | 48.00 | 48.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/17/2021 | 0.20 | $48.00 | E-mail to client; letter from opposing counsel. | 24.00 | 24.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 8/18/2021 | 1.00 | $495.00 | Pretrial conference with Judge Burns | 247.50 | 247.50 |
| DUE, ROBERT W. (029 | RZECZKOWSKI, PAWEL | 8/18/2021 | 2.00 | $990.00 | Drafting letter and affidavit on school selection issue | 990.00 | |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/18/2021 | 2.00 | $480.00 | Review documents from client; conference with Mr. Due; format and print spreadsheet; review notice from opposing counsel; docket deadline; assist with preparing correspondence, affidavit and exhibits. | 480.00 | |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/24/2021 | 1.50 | $360.00 | Review e-mail from Mr. Due and client; conference with Mr. Due; review MNCIS for trial dates; prepare submissions and exhibits; e-mail to client. | 360.00 | |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/25/2021 | 1.50 | $360.00 | Review e-mail from client; conference with Mr. Due; prepare documents for submission; submit documents to court for e-service and e-filing; e-mail documents to court and counsel. | 360.00 | |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/26/2021 | 0.30 | $72.00 | Review e-mail from opposing counsel and respondent's affidavit. | 36.00 | 36.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 9/27/2021 | 1.00 | $495.00 | Drafting letter to Judge Burns; e-mail exchanges with opposing counsel, closer, and client. | | 495.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 9/27/2021 | 0.30 | $72.00 | E-mail from and to opposing counsel; submit correspondence for e-service and e-filing. | | 72.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 9/28/2021 | 0.20 | $48.00 | E-mail to and from Midland Title; e-mail to client. | | 48.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/4/2021 | 2.00 | $480.00 | Conference with Mr. Due; trial preparation. | 240.00 | 240.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/8/2021 | 2.00 | $480.00 | Trial preparation. | 240.00 | 240.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/9/2021 | 2.00 | $480.00 | Trial preparation. | 240.00 | 240.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/10/2021 | 1.00 | $240.00 | Review file; e-mail to Mr. Due; trial preparation. | 120.00 | 120.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/11/2021 | 0.30 | $72.00 | E-mail from Mr. Due; assemble documents from opposing counsel. | 36.00 | 36.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/16/2021 | 0.30 | $72.00 | Review e-mail from opposing counsel; e-mail to client. | 36.00 | 36.00 |
| BACH, NATALIE M. (0 | RZECZKOWSKI, PAWEL | 11/18/2021 | 0.55 | $99.00 | File and document management | 49.50 | 49.50 |
| BACH, NATALIE M. (0 | RZECZKOWSKI, PAWEL | 11/19/2021 | 0.79 | $142.20 | File and document management | 71.10 | 71.10 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/22/2021 | 0.50 | $120.00 | Trial preparation. | 60.00 | 60.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/30/2021 | 0.20 | $48.00 | E-mail from and to client; order for trial. | 24.00 | 24.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/1/2021 | 0.25 | $60.00 | Docket trial deadlines. | 30.00 | 30.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/2/2021 | 1.50 | $360.00 | E-mail from and to client; assemble information from client; trial preparation. | 180.00 | 180.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/6/2021 | 0.40 | $96.00 | Conference with Mr. Due; e-mail to Mr. Due and Mr. Todd. | 48.00 | 48.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/7/2021 | 3.00 | $720.00 | E-mail from Mr. Todd; revise trial deadline list; trial preparation. | 360.00 | 360.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/8/2021 | 1.50 | $360.00 | Trial preparation; conference with Mr. Due; e-mail to client. | 180.00 | 180.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/8/2021 | 2.40 | $948.00 | Review trial order, including deadlines for exhibit filings; confer with RWD re trial exhibits; continue extensive review of file documents and potential trial exhibits. | 474.00 | 474.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/9/2021 | 3.00 | $720.00 | Trial preparation; assist Mr. Todd and Mr. Due; draft Order to Release FCS file; draft letter to opposing counsel; conference with Mr. Todd; review file. | 360.00 | 360.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/9/2021 | 0.30 | $118.50 | Draft letter to Court re custody evaluator file; draft and send email to RWD with same attached for RWD's final approval. | 118.50 | |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/9/2021 | 1.10 | $434.50 | Receive and review email from RWD re client budget; draft and send reply email re same; research case file for client budget from previous counsel and previous affidavits re spousal maintenance request; call court clerks and review VMM's; draft and send email to staff email address; call client briefly re budget question. | | 434.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/9/2021 | 2.60 | $1,027.00 | Prepare for meeting with client this a.m.; meet with client and work with client on client's MSOL budget and employment history; discuss broad-based strategic issues and trial strategy. | | 1,027.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/13/2021 | 4.50 | $1,080.00 | Trial preparation; telephone call and e-mail to family court services. | 540.00 | 540.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/13/2021 | 3.50 | $1,382.50 | Prepare potential trial exhibits; email draft client budget to LK and RWD once complete; print draft budget per RWD. | | 1,382.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/14/2021 | 2.00 | $480.00 | Trial preparation. | 240.00 | 240.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/14/2021 | 1.70 | $671.50 | Begin draft trial memorandum. | 335.75 | 335.75 |

EXHIBIT A

tabbies

1

| Attorney | Client | Date | Hours | Amount | Description | | |
|---|---|---|---|---|---|---|---|
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/15/2021 | 0.50 | $197.50 | Continue draft trial memorandum. | 98.75 | 98.75 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/15/2021 | 2.10 | $829.50 | Continue draft trial memorandum. | 414.75 | 414.75 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 12/16/2021 | 2.00 | $990.00 | Work on exhibits; conference with James. | 495.00 | 495.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/16/2021 | 1.20 | $474.00 | Continue draft trial memorandum, including file and legal research for same. | 237.00 | 237.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/17/2021 | 0.70 | $276.50 | Continue draft trial memorandum. | 138.25 | 138.25 |
| TODD, JAMES R. (026 | R2EC2KOWSKI, PAWEL | 12/19/2021 | 10.10 | $3,989.50 | Continue draft trial memorandum. | 1,994.75 | 1,994.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/20/2021 | 6.00 | $1,440.00 | Trial preparation; submit trial memorandum for e-service and e-filing. | 720.00 | 720.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/20/2021 | 7.90 | $3,120.50 | Continue and finalize draft trial memorandum of law; draft and send email to RWD with same attached for RWD's review. | 1,560.25 | 1,560.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/21/2021 | 5.00 | $1,200.00 | Trial preparation. | 600.00 | 600.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/21/2021 | 3.30 | $1,303.50 | Review trial exhibits and work with LK to finalize same; scan in child support calculation exhibits and exhibits re MSOL. | 651.75 | 651.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/22/2021 | 4.50 | $1,080.00 | Trial preparation; e-mail trial exhibit list, trial witness list and trial exhibits to opposing counsel; download trial exhibits from opposing counsel. | 540.00 | 540.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/22/2021 | 0.20 | $79.00 | Receive and briefly review exhibits and witness list from OC. | 39.50 | 39.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/22/2021 | 1.20 | $474.00 | Finalize exhibits; draft and send email to LK re same. | 237.00 | 237.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/22/2021 | 2.10 | $829.50 | Confer with RWD; finalize exhibits per RWD feedback, print and organize same, and confer with LK re service of same. | 414.75 | 414.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/23/2021 | 1.00 | $240.00 | Trial preparation; review and arrange for printing of trial exhibits. | 120.00 | 120.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/27/2021 | 2.00 | $480.00 | Trial preparation; e-mail to client; review file. | 240.00 | 240.00 |
| TODD, JAMES R. (026 | R2EC2KOWSKI, PAWEL | 12/27/2021 | 1.40 | $553.00 | Thoroughly review OP's trial exhibits and tab same for possible objections per RWD; confer with RWD re same. | 276.50 | 276.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/28/2021 | 1.50 | $360.00 | Trial preparation. | 180.00 | 180.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 12/29/2021 | 4.00 | $1,980.00 | Trial preparation; drafting letter to Court. | 990.00 | 990.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/29/2021 | 3.00 | $720.00 | Trial preparation; submissions to court; subpoena to Mr. Chesson. | 360.00 | 360.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/29/2021 | 0.10 | $39.50 | Review RWD draft letter to Court and slightly edit same; return to RWD with comments. | 19.75 | 19.75 |
| KRZMARZICK, LORI J. | R2EC2KOWSKI, PAWEL | 12/30/2021 | 3.00 | $720.00 | Trial preparation. | 360.00 | 360.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/30/2021 | 2.70 | $1,066.50 | Receive and review OC's objections to exhibits and motion re same; begin draft letter response to same. | 533.25 | 533.25 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 12/31/2021 | 5.00 | $2,475.00 | Trial preparation. | 1,237.50 | 1,237.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/31/2021 | 2.30 | $908.50 | Review custody evaluator case file per RWD request in preparation for RWD cross-examination of custody evaluator; draft and send email to RWD summarizing feedback for same. | 908.50 | |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 12/31/2021 | 3.30 | $1,303.50 | Continue and finalize draft letter responding to OC's objections to trial exhibits; draft and send email with same attached to RWD for RWD's final review. | 651.75 | 651.75 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/1/2022 | 9.00 | $4,455.00 | Trial preparation. | 2,227.50 | 2,227.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/2/2022 | 8.00 | $3,960.00 | Trial preparation. | 1,980.00 | 1,980.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/3/2022 | 8.00 | $3,960.00 | Trial preparation. | 1,980.00 | 1,980.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/3/2022 | 4.00 | $960.00 | Trial preparation; e-mail exhibits to court; e-file and e-serve amended exhibit and witness lists; e-mail to opposing counsel. | 480.00 | 480.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 1/3/2022 | 0.20 | $79.00 | Confer with RWD re trial prep questions; research into file, particularly addressing question of joint accounts; deliver Charles Schwab account statement to RWD and briefly confer with RWD re same. | | 79.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/4/2022 | 10.00 | $4,950.00 | Trial preparation. | 2,475.00 | 2,475.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/4/2022 | 3.00 | $795.00 | Trial preparation; file and document management. | 397.50 | 397.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/5/2022 | 9.00 | $4,455.00 | First day of trial. | 2,227.50 | 2,227.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/5/2022 | 0.75 | $198.75 | Conference with Mr. Due; assist with trial preparation. | 99.38 | 99.38 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/6/2022 | 9.50 | $4,702.50 | Second day of trial. | 2,351.25 | 2,351.25 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/7/2022 | 7.00 | $3,465.00 | Third day of trial. | 1,732.50 | 1,732.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/10/2022 | 0.30 | $79.50 | E-mail from Mr. Due; arrange to order trial transcripts. | 39.75 | 39.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/12/2022 | 0.20 | $53.00 | Follow up on transcript requests. | 26.50 | 26.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/13/2022 | 0.50 | $132.50 | E-mail from Mr. Due; e-mail to opposing counsel's office and to court reporter; arrange for transcript. | 66.25 | 66.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/19/2022 | 0.20 | $53.00 | Review correspondence between counsel regarding transcript. | 26.50 | 26.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 1/20/2022 | 0.10 | $26.50 | Review letter from opposing counsel. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 2/28/2022 | 0.50 | $132.50 | E-mail from and to court reporter; assemble trial transcripts. | 66.25 | 66.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 2/28/2022 | 1.50 | $592.50 | Begin thorough review of trial transcript and take notes re same for draft J&D; | | 296.25 | 296.25 |
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 3/3/2022 | 1.50 | $592.50 | Meet with RWD to discuss proposed findings and J&D; continue review of transcript and notes re same. | | 296.25 | 296.25 |
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 3/14/2022 | 9.70 | $3,831.50 | Begin draft findings and judgment and decree; continue thorough review of trial notes and transcript for same. | | 1,915.75 | 1,915.75 |
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 3/16/2022 | 3.50 | $1,382.50 | Continue draft findings. | | 691.25 | 691.25 |
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 3/17/2022 | 11.40 | $4,503.00 | Continue draft findings and J&D. | | 2,251.50 | 2,251.50 |
| TODD, JAMES R. (026 RZECZKOWSKI, PAWEL | 3/18/2022 | 11.70 | $4,621.50 | Continue and finalize draft J&D; draft post-trial closing argument. | | 2,310.75 | 2,310.75 |
| DUE, ROBERT W. (025 RZECZKOWSKI, PAWEL | 3/19/2022 | 4.00 | $1,980.00 | Work on proposed findings. | | 990.00 | 990.00 |
| DUE, ROBERT W. (025 RZECZKOWSKI, PAWEL | 3/20/2022 | 13.00 | $6,435.00 | Drafting proposed findings and final argument. | | 3,217.50 | 3,217.50 |
| DUE, ROBERT W. (025 RZECZKOWSKI, PAWEL | 3/21/2022 | 1.00 | $495.00 | Finalize proposed findings and final argument. | | 247.50 | 247.50 |
| KRZMARZICK, LORI J. RZECZKOWSKI, PAWEL | 3/21/2022 | 4.50 | $1,192.50 | Review and edit Final Argument and Proposed Decree; e-mail to and from Mr. Due; submit final submissions to court and counsel; e-serve and e-file same. | | 596.25 | 596.25 |
| KRZMARZICK, LORI J. RZECZKOWSKI, PAWEL | 3/22/2022 | 0.20 | $53.00 | Conference with Mr. Due; e-mail to client. | | 26.50 | 26.50 |
| TOTAL | | | $99,472.95 | | | 49,575.98 | 49,896.98 |

3

Time Detail

Client/Matter: RZECZKOWSKI, PAWEL (0101070)Dissolution of Marriage (0000)

| Timekeeper | Client/Matter | Transaction Date | To Bill Hours | Billed Amount | Narrative | Percentage Related to Colombian Documents | Percentage Related to Other Financial Issues (Spousal Maintenance, Child Support, Attorney Fees) |
|---|---|---|---|---|---|---|---|
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 6/27/2022 | 0.30 | $79.50 | Review documents from court and opposing counsel; arrange to obtain certified copy of decree; telephone call to court of appeals. | 39.75 | 39.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 6/29/2022 | 0.20 | $53.00 | Arrange to obtain certified copy of order. | 26.50 | 26.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 6/30/2022 | 3.30 | $1,303.50 | Continue statement of case; perform legal research into need-based attorney fees issue. | 651.75 | 651.75 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 6/30/2022 | 4.10 | $1,619.50 | Begin draft appellate statement of case. | 809.75 | 809.75 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 7/1/2022 | 4.50 | $1,777.50 | Finalize statement of case; draft and send email to RWD with same attached for RWD's review. | 888.75 | 888.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/6/2022 | 1.00 | $265.00 | Conference with Mr. Due; review and revise appellate pleadings. | 132.50 | 132.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 7/6/2022 | 0.50 | $197.50 | Receive and review email from RWD re statement of case and review updated copy of the same; emails with RWD re same. | 98.75 | 98.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/7/2022 | 1.50 | $397.50 | Assemble documents for appeal; submit to District Court for e-filing and e-service; submit appellate documents to Court of Appeals; review notice of case filing from court of appeals. | 198.75 | 198.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/12/2022 | 1.25 | $331.25 | E-mail from and to court reporter; conference with Mr. Due, prepare and revise appellate mediation forms, e-mail to client; e-mail confidential forms to appellate mediation office. | 165.63 | 165.63 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/13/2022 | 0.10 | $26.50 | E-mail from Appellate Mediation Office; e-mail to client. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/14/2022 | 0.30 | $79.50 | Review court reporter's filing and transcript submission. | 39.75 | 39.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/26/2022 | 0.10 | $26.50 | E-mail from opposing counsel. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 7/27/2022 | 0.20 | $53.00 | Review letter from appellate mediation office. | 26.50 | 26.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/2/2022 | 0.10 | $26.50 | Letter from opposing counsel. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/4/2022 | 0.30 | $79.50 | Conference with Mr. Due; e-mail various documents to Ms. Lauhead and counsel for pre-mediation conference. | 39.75 | 39.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/10/2022 | 0.10 | $26.50 | E-mail to opposing counsel's office. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 8/17/2022 | 0.20 | $53.00 | Review e-mail from and to court. | 26.50 | 26.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 9/19/2022 | 0.10 | $26.50 | Review notice from court of appeals. | 13.25 | 13.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 9/28/2022 | 1.50 | $397.50 | Conference with Mr. Due; review MNCIS information; assist with preparations for appellate brief. | 198.75 | 198.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/4/2022 | 1.00 | $265.00 | Appeal preparation. | 132.50 | 132.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/6/2022 | 6.00 | $1,590.00 | Review pleadings and MNCIS court file documents; assemble pleadings for appeal. | 795.00 | 795.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/11/2022 | 1.50 | $397.50 | Review court file; retrieve various pleadings; assist with appellate preparation. | 198.75 | 198.75 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/11/2022 | 0.50 | $197.50 | Perform legal research for appellate brief and begin draft memorandum for RWD re same. | 98.75 | 98.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/12/2022 | 1.00 | $265.00 | Appeal preparation. | 132.50 | 132.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/12/2022 | 4.00 | $1,580.00 | Continue appellate case law research. | 790.00 | 790.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/13/2022 | 1.50 | $397.50 | Assist with appellate brief preparation. | 198.75 | 198.75 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/13/2022 | 0.20 | $79.00 | Confer with RWD re comity research; review COA opinion and case cited therein re comity issue. | 79.00 | |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/13/2022 | 2.20 | $869.00 | Continue legal appellate case law research and update to memorandum for RWD. | 434.50 | 434.50 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/13/2022 | 3.40 | $1,343.00 | Finalize legal research and memorandum to RWD re same. | 671.50 | 671.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 10/14/2022 | 8.00 | $3,960.00 | File review in preparation for drafting appellant's brief. | 1,980.00 | 1,980.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/14/2022 | 0.80 | $316.00 | Review draft section from trial memorandum to begin providing appellate cites from record for same. | 158.00 | 158.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 10/15/2022 | 6.00 | $2,970.00 | Drafting appellant's brief. | 1,485.00 | 1,485.00 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 10/16/2022 | 6.00 | $2,970.00 | Drafting appellant's brief. | 1,485.00 | 1,485.00 |
| TODD, JAMES R. (026 | RZECZKOWSKI, PAWEL | 10/17/2022 | 5.00 | $1,975.00 | Thoroughly review RWD draft appellate brief; | 987.50 | 987.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 10/18/2022 | 4.00 | $1,980.00 | Finish drafting appellant's brief. | 990.00 | 990.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/18/2022 | 4.50 | $1,192.50 | Assist with preparing appellate brief. | 596.25 | 596.25 |

1

| Name | Client | Date | Hours | Amount | Description | | |
|---|---|---|---|---|---|---|---|
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 10/18/2022 | 1.10 | $434.50 | Review draft TOC and insert pagination in conjunction with final review of brief to be filed tomorrow morning | 217.25 | 217.25 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 10/18/2022 | 6.60 | $2,607.00 | Receive, review, and thoroughly edit RWD draft appellate brief including providing citations throughout same and work with RWD to edit same. | 1,303.50 | 1,303.50 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 10/19/2022 | 2.50 | $662.50 | Assist with finalizing appellate brief and addendum; submit same for e-service and e-filing; telephone call to court of appeals; conference with attorneys; letter and e-mail to opposing counsel; e-mail to client; submit affidavit of service by mail to court of appeals. | 331.25 | 331.25 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/21/2022 | 0.20 | $53.00 | Download Brief and Appendix from opposing counsel | 26.50 | 26.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 11/22/2022 | 1.00 | $495.00 | Review Respondent's Brief. | 247.50 | 247.50 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/23/2022 | 2.50 | $987.50 | Thoroughly review response brief and conduct legal research re same in advance of meeting with RWD this morning to outline reply memorandum; meet with RWD to discuss same at length. | 493.75 | 493.75 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/27/2022 | 8.10 | $3,199.50 | Continue draft reply brief. | 1,599.75 | 1,599.75 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/28/2022 | 5.00 | $1,975.00 | Continue work on reply brief. | 987.50 | 987.50 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 11/29/2022 | 6.00 | $2,970.00 | Review, revise, and edit Reply Brief. | 1,485.00 | 1,485.00 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/29/2022 | 3.50 | $1,382.50 | Continue draft appellate reply brief for RWD's review. | 691.25 | 691.25 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/29/2022 | 6.40 | $2,528.00 | Continue and finalize appellate reply brief; print and deliver to RWD for review. | 1,264.00 | 1,264.00 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 11/30/2022 | 3.00 | $795.00 | Conference with Mr. Due; assist with preparing Reply Brief, table of contents and table of authorities. | 397.50 | 397.50 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/30/2022 | 1.00 | $395.00 | Draft first draft of additional section in reply brief re Peruvian case et al per RWD email; draft and send reply email with proposed footnote language in same. | 395.00 | |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 11/30/2022 | 2.10 | $829.50 | Review and thoroughly edit final reply brief as edited by RWD; draft and send email to RWD re same; perform final review and edits and edit Table of Contents; exchange emails with RWD re same. | 414.75 | 414.75 |
| KRZMARZICK, LORI J. | RZECZKOWSKI, PAWEL | 12/1/2022 | 0.50 | $132.50 | Prepare Reply Brief for submission; e-file and e-serve Reply Brief with Court of Appeals. | 66.25 | 66.25 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 12/1/2022 | 0.90 | $355.50 | Final review of reply brief; sign, date, and deliver to LK for appellate e-service and e-filing. | 177.75 | 177.75 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/11/2023 | 6.00 | $2,970.00 | Prepare for oral argument. | 1,485.00 | 1,485.00 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 1/11/2023 | 0.40 | $158.00 | Conduct brief legal research for RWD in advance of oral argument at COA tomorrow; confer with RWD following same. | 79.00 | 79.00 |
| TODD, JAMES R. (026: | RZECZKOWSKI, PAWEL | 1/11/2023 | 1.50 | $592.50 | Conduct additional legal research per RWD in advance of oral argument tomorrow a.m. | 296.25 | 296.25 |
| DUE, ROBERT W. (025 | RZECZKOWSKI, PAWEL | 1/12/2023 | 4.00 | $1,980.00 | Prepare for and attend oral argument at the Court of Appeals. | 990.00 | 990.00 |
| TOTAL | | | | $54,668.75 | | 27,571.38 | 27,097.38 |

# DeWitt LLP : Law : Firm

TO:   PAWEL RZECZKOWSKI

|  |  |
|---|---|
| Date: | September 7, 2021 |
| Invoice: | 1043448 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 7,592.00 |
| **Total Current Disbursements** | 0.00 |
| **Total Current Fees & Disbursements** | 7,592.00 |
| **Balance Outstanding as of 09-07-21** | 37,455.59 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 45,047.59 |

# DeWitt ⠿ Law Firm

TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | September 7, 2021 |
| Invoice: | 1043448 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| | **To Professional Services** | Rate | Hours | Amount |
|---|---|---|---|---|
| | **ROBERT W. DUE** | | | |
| 08-18-21 | Pretrial conference with Judge Burns | 495.00 | 1.00 | 495.00 |
| 08-18-21 | Drafting letter and affidavit on school selection issue | 495.00 | 2.00 | 990.00 |
| 08-29-21 | Creating first draft of petition for discretionary review. | 495.00 | 6.00 | 2,970.00 |
| | **CATHERINE A. KRISIK** | | | |
| 08-26-21 | Research for petition for discretionary review | 310.00 | 2.20 | 682.00 |
| 08-31-21 | Research, review and supplement petition for discretionary review. | 310.00 | 2.50 | 775.00 |
| | **LORI J. KRZMARZICK: Paralegal** | | | |
| 08-03-21 | Revise parenting financial disclosure statement. | 240.00 | 0.30 | 72.00 |
| 08-04-21 | Review and revise parenting financial disclosure statement. | 240.00 | 0.30 | 72.00 |
| 08-09-21 | Revise PFDS; e-mail to and from client; submit to Court and counsel for pretrial conference. | 240.00 | 0.40 | 96.00 |
| 08-17-21 | E-mail to client; letter from opposing counsel. | 240.00 | 0.20 | 48.00 |
| 08-18-21 | Review documents from client; conference with Mr. Due; format and print spreadsheet; review notice from opposing counsel; docket deadline; assist with preparing correspondence, affidavit and exhibits. | 240.00 | 2.00 | 480.00 |
| 08-24-21 | Review e-mail from Mr. Due and client; conference with Mr. Due; review MNCIS for trial dates; prepare submissions and exhibits; e-mail to client. | 240.00 | 1.50 | 360.00 |
| 08-25-21 | Review e-mail from client; conference with Mr. Due; prepare documents for submission; submit documents to court for e-service and e-filing; e-mail documents to court and counsel. | 240.00 | 1.50 | 360.00 |
| 08-26-21 | Review e-mail from opposing counsel and respondent's affidavit. | 240.00 | 0.30 | 72.00 |
| 08-31-21 | Submit correspondence for e-service and e-filing; e-mail to court and counsel; review rules of appellate procedure; telephone call to court of appeals. | 240.00 | 0.50 | 120.00 |

# DeWitt :Law :Firm

| | |
|---|---|
| Date: | September 7, 2021 |
| Invoice: | 1043448 |
| Page: | 2 |

| | | |
|---|---|---|
| Total Current Professional Services | 20.70 | 7,592.00 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **7,592.00** |
| **Balance Outstanding on this Matter as of 09-07-21** | | 37,455.59 |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | $ | 45,047.59 |

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 57,220.00 |
| YTD Disbursements | 2,827.59 |
| YTD Total | 60,047.59 |

### Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 20.70 | |
| Total Fees Reflected on Current Invoice | | 7,592.00 |
| Total Costs Reflected on Current Invoice | | 0.00 |
| TOTAL CURRENT FEES AND COSTS | | 7,592.00 |

### Professional Services, Total Since Inception

# DeWitt : Law : Firm

| | |
|---|---|
| Date: | September 7, 2021 |
| Invoice: | 1043448 |
| Page: | 3 |

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 155.25 | |
| Total Fees Billed Since Inception | | 57,220.00 |
| Total Costs Billed Since Inception | | 2,827.59 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 60,047.59 |

Madison: 2 East Mifflin Street, Suite 600, Madison, WI 53703-2865 Ph: 608-255-8891 F: 608-252-9243          www.dewittllp.com

# DeWitt LLP : Law : Firm

Date: September 7, 2021
Invoice: 1043448
Page: 4

---

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT** $ **45,047.59**
**RE: Dissolution of Marriage**

# DeWitt ⸳ Law Firm

TO:   PAWEL RZECZKOWSKI

Date:       October 11, 2021
Invoice:    1046734
Client:     0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 2,079.00 |
| **Total Current Disbursements** | 643.70 |
| **Total Current Fees & Disbursements** | 2,722.70 |
| **Balance Outstanding as of 10-11-21** | 45,047.59 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 47,770.29 |

Madison: 2 East Mifflin Street, Suite 600, Madison, WI 53703-2865 Ph: 608-255-8891 F: 608-252-9243      www.dewittllp.com

# DeWitt :Law Firm

TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | October 11, 2021 |
| Invoice: | 1046734 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| | **To Professional Services** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| | **ROBERT W. DUE** | | | |
| 09-27-21 | Drafting letter to Judge Burns; e-mail exchanges with opposing counsel, closer, and client. | 495.00 | 1.00 | 495.00 |
| | **LORI J. KRZMARZICK: Paralegal** | | | |
| 09-01-21 | Conference with Mr. Due; assist with preparing petition; e-mail from opposing counsel's office. | 240.00 | 0.50 | 120.00 |
| 09-02-21 | Assist with preparation of petition for discretionary review, addendum, proof of filing and certificate of service; submit same for e-service and e-filing with District Court, and with the Minnesota Court of Appeals; review e-mail from court of appeals and filing confirmation notices from District Court. | 240.00 | 3.50 | 840.00 |
| 09-08-21 | Review notice from court of appeals. | 240.00 | 0.20 | 48.00 |
| 09-09-21 | Download and review answer to petition for discretionary review served by opposing counsel. | 240.00 | 0.40 | 96.00 |
| 09-14-21 | Assist with preparing Reply for court of appeals; e-file and e-serve same with District Court and Court of Appeals. | 240.00 | 1.50 | 360.00 |
| 09-27-21 | E-mail from and to opposing counsel; submit correspondence for e-service and e-filing. | 240.00 | 0.30 | 72.00 |
| 09-28-21 | E-mail to and from Midland Title; review order from court of appeals; e-mail to client. | 240.00 | 0.20 | 48.00 |
| | Total Current Professional Services | | 7.60 | 2,079.00 |
| | **To Disbursements** | | | |
| 08-27-21 | Motion filing fee | | | 80.00 |
| 09-02-21 | Court of Appeals filing fee | | | 563.70 |

Madison: 2 East Mifflin Street, Suite 600, Madison, WI 53703-2865 Ph: 608-255-8891 F: 608-252-9243     **www.dewittllp.com**

# DeWitt ::Law Firm

Date:       October 11, 2021
Invoice:    1046734
Page:       2

**To Disbursements**

Total Current Disbursements:                                            643.70

**Total Current Services and Disbursements**                     $    2,722.70

**Balance Outstanding on this Matter as of 10-11-21**                45,047.59

**TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of         $    47,770.29
Marriage**

## YEAR TO DATE BILLING

YTD Fees              59,299.00

YTD Disbursements      3,471.29

YTD Total             62,770.29

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 7.60 | |
| Total Fees Reflected on Current Invoice | | 2,079.00 |
| Total Costs Reflected on Current Invoice | | 643.70 |
| TOTAL CURRENT FEES AND COSTS | | 2,722.70 |

# DeWitt ᴸᴸᴾ ∶ Law ∶ Firm

|  |  |
|---|---|
| Date: | October 11, 2021 |
| Invoice: | 1046734 |
| Page: | 3 |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 162.85 | |
| Total Fees Billed Since Inception | | 59,299.00 |
| Total Costs Billed Since Inception | | 3,471.29 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 62,770.29 |



Date:       October 11, 2021
Invoice:    1046734
Page:       4

---

### Summary of Unpaid Balance
### RZECZKOWSKI, PAWEL
### Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**          $          47,770.29
**RE: Dissolution of Marriage**



TO:   PAWEL RZECZKOWSKI

Date:      November 8, 2021
Invoice:   1048987
Client:    0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 2,046.00 |
| **Total Current Disbursements** | 0.00 |
| **Total Current Fees & Disbursements** | 2,046.00 |
| **Balance Outstanding as of 11-08-21** | 47,770.29 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 49,816.29 |



TO:   PAWEL RZECZKOWSKI

Date:      November 8, 2021
Invoice:   1048987
Client:    0101070.0000

Re: Dissolution of Marriage

| To Professional Services | | Rate | Hours | Amount |
|---|---|---|---|---|
| **CATHERINE A. KRISIK** | | | | |
| 09-09-21 | Research for reply to respondent's answer to the petition for discretionary review. | 310.00 | 1.60 | 496.00 |
| 09-13-21 | Work on reply to respondent's answer to petition for discretionary review. | 310.00 | 2.70 | 837.00 |
| 09-14-21 | Work on reply to respondent's answer to petition for discretionary review. | 310.00 | 2.30 | 713.00 |
| | Total Current Professional Services | | 6.60 | 2,046.00 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **2,046.00** |
| **Balance Outstanding on this Matter as of 11-08-21** | | 47,770.29 |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | $ | **49,816.29** |

### YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 61,345.00 |
| YTD Disbursements | 3,471.29 |
| YTD Total | 64,816.29 |



Date: November 8, 2021
Invoice: 1048987
Page: 2

## Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 6.60 | |
| Total Fees Reflected on Current Invoice | | 2,046.00 |
| Total Costs Reflected on Current Invoice | | 0.00 |
| TOTAL CURRENT FEES AND COSTS | | 2,046.00 |

## Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 169.45 | |
| Total Fees Billed Since Inception | | 61,345.00 |
| Total Costs Billed Since Inception | | 3,471.29 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 64,816.29 |



| Date: | November 8, 2021 |
|---|---|
| Invoice: | 1048987 |
| Page: | 3 |

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**                    $        49,816.29
**RE: Dissolution of Marriage**

Madison: 2 East Mifflin Street, Suite 600, Madison, WI 53703-2865 Ph: 608-255-8891 F: 608-252-9243          www.dewittllp.com



TO:   PAWEL RZECZKOWSKI

Date:     January 13, 2022
Invoice:  1055186
Client:   0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 68,807.20 |
| **Total Current Disbursements** | 670.89 |
| **Total Current Fees & Disbursements** | 69,478.09 |
| **Balance Outstanding as of 01-13-22** | 49,816.29 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 119,294.38 |



**DeWitt** LLP : Law : Firm

TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | January 13, 2022 |
| Invoice: | 1055186 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| To Professional Services | Rate | Hours | Amount |
|---|---|---|---|
| **ROBERT W. DUE** | | | |
| 12-16-21   Work on exhibits; conference with James. | 495.00 | 2.00 | 990.00 |
| 12-29-21   Trial preparation; drafting letter to Court. | 495.00 | 4.00 | 1,980.00 |
| 12-31-21   Trial preparation. | 495.00 | 5.00 | 2,475.00 |
| 01-01-22   Trial preparation. | 495.00 | 9.00 | 4,455.00 |
| 01-02-22   Trial preparation. | 495.00 | 8.00 | 3,960.00 |
| 01-03-22   Trial preparation. | 495.00 | 8.00 | 3,960.00 |
| 01-04-22   Trial preparation. | 495.00 | 10.00 | 4,950.00 |
| 01-05-22   First day of trial. | 495.00 | 9.00 | 4,455.00 |
| 01-06-22   Second day of trial. | 495.00 | 9.50 | 4,702.50 |
| 01-07-22   Third day of trial. | 495.00 | 7.00 | 3,465.00 |
| **JAMES R. TODD** | | | |
| 12-08-21   Review trial order, including deadlines for exhibit filings; confer with RWD re trial exhibits; continue extensive review of file documents and potential trial exhibits. | 395.00 | 2.40 | 948.00 |
| 12-09-21   Prepare for meeting with client this a.m.; meet with client and work with client on client's MSOL budget and employment history; discuss broad-based strategic issues and trial strategy. | 395.00 | 2.60 | 1,027.00 |
| 12-09-21   Draft letter to Court re custody evaluator file; draft and send email to RWD with same attached for RWD's final approval. | 395.00 | 0.30 | 118.50 |
| 12-09-21   Receive and review email from RWD re client budget; draft and send reply email re same; research case file for client budget from previous counsel and previous affidavits re spousal maintenance request; call court clerks and review VMM's; draft and send email to staff email address; call client briefly re budget question. | 395.00 | 1.10 | 434.50 |
| 12-13-21   Prepare potential trial exhibits; email draft client budget to LK and RWD once complete; print draft budget per RWD. | 395.00 | 3.50 | 1,382.50 |
| 12-14-21   Begin draft trial memorandum. | 395.00 | 1.70 | 671.50 |
| 12-15-21   Continue draft trial memorandum. | 395.00 | 0.50 | 197.50 |
| 12-15-21   Continue draft trial memorandum. | 395.00 | 2.10 | 829.50 |



Date: January 13, 2022
Invoice: 1055186
Page: 2

### To Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 12-16-21 | Continue draft trial memorandum, including file and legal research for same. | 395.00 | 1.20 | 474.00 |
| 12-17-21 | Continue draft trial memorandum. | 395.00 | 0.70 | 276.50 |
| 12-19-21 | Continue draft trial memorandum. | 395.00 | 10.10 | 3,989.50 |
| 12-20-21 | Continue and finalize draft trial memorandum of law; draft and send email to RWD with same attached for RWD's review. | 395.00 | 7.90 | 3,120.50 |
| 12-21-21 | Review trial exhibits and work with LK to finalize same; scan in child support calculation exhibits and exhibits re MSOL. | 395.00 | 3.30 | 1,303.50 |
| 12-22-21 | Finalize exhibits; draft and send email to LK re same. | 395.00 | 1.20 | 474.00 |
| 12-22-21 | Confer with RWD; finalize exhibits per RWD feedback, print and organize same, and confer with LK re service of same. | 395.00 | 2.10 | 829.50 |
| 12-22-21 | Receive and briefly review exhibits and witness list from OC. | 395.00 | 0.20 | 79.00 |
| 12-27-21 | Thoroughly review OP's trial exhibits and tab same for possible objections per RWD; confer with RWD re same. | 395.00 | 1.40 | 553.00 |
| 12-29-21 | Review RWD draft letter to Court and slightly edit same; return to RWD with comments. | 395.00 | 0.10 | 39.50 |
| 12-30-21 | Receive and review OC's objections to exhibits and motion re same; begin draft letter response to same. | 395.00 | 2.70 | 1,066.50 |
| 12-31-21 | Continue and finalize draft letter responding to OC's objections to trial exhibits; draft and send email with same attached to RWD for RWD's final review. | 395.00 | 3.30 | 1,303.50 |
| 12-31-21 | Review custody evaluator case file per RWD request in preparation for RWD cross-examination of custody evaluator; draft and send email to RWD summarizing feedback for same. | 395.00 | 2.30 | 908.50 |
| 01-03-22 | Confer with RWD re trial prep questions; research into file, particularly addressing question of joint accounts; deliver Charles Schwab account statement to RWD and briefly confer with RWD re same. | 395.00 | 0.20 | 79.00 |

### NATALIE M. BACH: Paralegal

| | | | | |
|---|---|---|---|---|
| 11-18-21 | File and document management | 180.00 | 0.55 | 99.00 |
| 11-19-21 | File and document management | 180.00 | 0.79 | 142.20 |



Date:       January 13, 2022
Invoice:    1055186
Page:       3

**To Professional Services**

**LORI J. M. KRZMARZICK: Paralegal**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11-04-21 | Conference with Mr. Due; trial preparation. | 240.00 | 2.00 | 480.00 |
| 11-08-21 | Trial preparation. | 240.00 | 2.00 | 480.00 |
| 11-09-21 | Trial preparation. | 240.00 | 2.00 | 480.00 |
| 11-10-21 | Review file; e-mail to Mr. Due; trial preparation. | 240.00 | 1.00 | 240.00 |
| 11-11-21 | E-mail from Mr. Due; assemble documents from opposing counsel. | 240.00 | 0.30 | 72.00 |
| 11-16-21 | Review e-mail from opposing counsel; e-mail to client. | 240.00 | 0.30 | 72.00 |
| 11-22-21 | Trial preparation. | 240.00 | 0.50 | 120.00 |
| 11-30-21 | E-mail from and to client; order for trial. | 240.00 | 0.20 | 48.00 |
| 12-01-21 | Docket trial deadlines. | 240.00 | 0.25 | 60.00 |
| 12-02-21 | E-mail from and to client; assemble information from client; trial preparation. | 240.00 | 1.50 | 360.00 |
| 12-06-21 | Conference with Mr. Due; e-mail to Mr. Due and Mr. Todd. | 240.00 | 0.40 | 96.00 |
| 12-07-21 | E-mail from Mr. Todd; revise trial deadline list; trial preparation. | 240.00 | 3.00 | 720.00 |
| 12-08-21 | Trial preparation; conference with Mr. Due; e-mail to client. | 240.00 | 1.50 | 360.00 |
| 12-09-21 | Trial preparation; assist Mr. Todd and Mr. Due; draft Order to Release FCS file; draft letter to opposing counsel; conference with Mr. Todd; review file. | 240.00 | 3.00 | 720.00 |
| 12-13-21 | Trial preparation; telephone call and e-mail to family court services. | 240.00 | 4.50 | 1,080.00 |
| 12-14-21 | Trial preparation. | 240.00 | 2.00 | 480.00 |
| 12-20-21 | Trial preparation; submit trial memorandum for e-service and e-filing. | 240.00 | 6.00 | 1,440.00 |
| 12-21-21 | Trial preparation. | 240.00 | 5.00 | 1,200.00 |
| 12-22-21 | Trial preparation; e-mail trial exhibit list, trial witness list and trial exhibits to opposing counsel; download trial exhibits from opposing counsel. | 240.00 | 4.50 | 1,080.00 |
| 12-23-21 | Trial preparation; review and arrange for printing of trial exhibits. | 240.00 | 1.00 | 240.00 |
| 12-27-21 | Trial preparation; e-mail to client; review file. | 240.00 | 2.00 | 480.00 |
| 12-28-21 | Trial preparation. | 240.00 | 1.50 | 360.00 |
| 12-29-21 | Trial preparation; submissions to court; subpoena to Mr. Chesson. | 240.00 | 3.00 | 720.00 |
| 12-30-21 | Trial preparation. | 240.00 | 3.00 | 720.00 |
| 01-03-22 | Trial preparation; e-mail exhibits to court; e-file and e-serve amended exhibit and witness lists; e-mail to opposing counsel. | 240.00 | 4.00 | 960.00 |



|  |  |  |
|---|---|---|
| Date: | January 13, 2022 | |
| Invoice: | 1055186 | |
| Page: | 4 | |

| | | | |
|---|---|---|---|
| Total Current Professional Services | | 178.19 | 68,807.20 |

**To Disbursements**

| | | | |
|---|---|---|---|
| 12-29-21 | Zak Chesson--Witness fee | 20.00 | |
| 12-31-21 | Xact Data Discovery--Copying trial exhibits | 365.27 | |
| 12-31-21 | Xact Data Discovery--Copying trial exhibits | 285.62 | |
| | Total Current Disbursements: | | 670.89 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **69,478.09** |
| **Balance Outstanding on this Matter as of 01-13-22** | | **49,816.29** |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | $ | **119,294.38** |

**YEAR TO DATE BILLING**

| | |
|---|---|
| YTD Fees | 68,807.20 |
| YTD Disbursements | 670.89 |
| YTD Total | 69,478.09 |



| | |
|---|---|
| Date: | January 13, 2022 |
| Invoice: | 1055186 |
| Page: | 5 |

### Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 178.19 | |
| Total Fees Reflected on Current Invoice | | 68,807.20 |
| Total Costs Reflected on Current Invoice | | 670.89 |
| TOTAL CURRENT FEES AND COSTS | | 69,478.09 |

### Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 347.64 | |
| Total Fees Billed Since Inception | | 130,152.20 |
| Total Costs Billed Since Inception | | 4,142.18 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 134,294.38 |



Date:       January 13, 2022
Invoice:    1055186
Page:       6

## Summary of Unpaid Balance
### RZECZKOWSKI, PAWEL
Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**                    $        119,294.38
**RE: Dissolution of Marriage**



TO:    PAWEL RZECZKOWSKI

Date:      February 4, 2022
Invoice:   1057075
Client:    0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 1,391.25 |
| **Total Current Disbursements** | 2,625.00 |
| **Total Current Fees & Disbursements** | 4,016.25 |
| **Balance Outstanding as of 02-04-22** | 119,294.38 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 123,310.63 |



TO:  PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | February 4, 2022 |
| Invoice: | 1057075 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| To Professional Services | Rate | Hours | Amount |
|---|---|---|---|
| **LORI J. KRZMARZICK: Paralegal** | | | |
| 01-04-22 Trial preparation; file and document management. | 265.00 | 3.00 | 795.00 |
| 01-05-22 Conference with Mr. Due; assist with trial preparation. | 265.00 | 0.75 | 198.75 |
| 01-06-22 Telephone call from and e-mail to Mr. Hiley; e-mail to Mr. Due. | 265.00 | 0.20 | 53.00 |
| 01-10-22 E-mail from Mr. Due; arrange to order trial transcripts. | 265.00 | 0.30 | 79.50 |
| 01-12-22 Follow up on transcript requests. | 265.00 | 0.20 | 53.00 |
| 01-13-22 E-mail from Mr. Due; e-mail to opposing counsel's office and to court reporter; arrange for transcript. | 265.00 | 0.50 | 132.50 |
| 01-19-22 Review correspondence between counsel regarding transcript. | 265.00 | 0.20 | 53.00 |
| 01-20-22 Review letter from opposing counsel. | 265.00 | 0.10 | 26.50 |
| Total Current Professional Services | | 5.25 | 1,391.25 |

| To Disbursements | | |
|---|---|---|
| 01-13-22  Mindy Anderson--Court Reporter services for Trial Transcripts | 2,625.00 | |
| Total Current Disbursements: | | 2,625.00 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **4,016.25** |
| **Balance Outstanding on this Matter as of 02-04-22** | | **119,294.38** |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | $ | **123,310.63** |

# DeWitt ::: Law Firm

| | | |
|---|---|---|
| Date: | February 4, 2022 | |
| Invoice: | 1057075 | |
| Page: | 2 | |

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 70,198.45 |
| YTD Disbursements | 3,295.89 |
| YTD Total | 73,494.34 |

### Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 5.25 | |
| Total Fees Reflected on Current Invoice | | 1,391.25 |
| Total Costs Reflected on Current Invoice | | 2,625.00 |
| TOTAL CURRENT FEES AND COSTS | | 4,016.25 |

### Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 352.89 | |
| Total Fees Billed Since Inception | | 131,543.45 |
| Total Costs Billed Since Inception | | 6,767.18 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 138,310.63 |



Date:      February 4, 2022
Invoice:   1057075
Page:      3

## Summary of Unpaid Balance
### RZECZKOWSKI, PAWEL
#### Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**                    $          123,310.63
**RE: Dissolution of Marriage**

# DeWitt LLP : Law : Firm

TO:    PAWEL RZECZKOWSKI

Date:      March 6, 2022
Invoice:   1059910
Client:    0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 1,317.50 |
| **Total Current Disbursements** | 598.50 |
| **Total Current Fees & Disbursements** | 1,916.00 |
| **Balance Outstanding as of 03-06-22** | 123,310.63 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 125,226.63 |



TO:    PAWEL RZECZKOWSKI

Date:        March 6, 2022
Invoice:     1059910
Client:      0101070.0000

Re: Dissolution of Marriage

| To Professional Services | Rate | Hours | Amount |
|---|---|---|---|
| **JAMES R. TODD** | | | |
| 02-28-22  Begin thorough review of trial transcript and take notes re same for draft J&D; | 395.00 | 1.50 | 592.50 |
| 03-03-22  Meet with RWD to discuss proposed findings and J&D; continue review of transcript and notes re same. | 395.00 | 1.50 | 592.50 |
| **LORI J. R. KRZMARZICK: Paralegal** | | | |
| 02-28-22  E-mail from and to court reporter; assemble trial transcripts. | 265.00 | 0.50 | 132.50 |
| Total Current Professional Services | | 3.50 | 1,317.50 |

| To Disbursements | | |
|---|---|---|
| 01-31-22  Abdo - Report and services | 598.50 | |
| 02-11-22  Cancellation of: Zak Chesson—Witness fee | -20.00 | |
| 02-11-22  Hennepin County Treasurer - Zak Chesson witness fee | 20.00 | |
| Total Current Disbursements: | | 598.50 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **1,916.00** |
| **Balance Outstanding on this Matter as of 03-06-22** | | **123,310.63** |

# DeWitt LLP ⁞ Law Firm

| | |
|---|---|
| Date: | March 6, 2022 |
| Invoice: | 1059910 |
| Page: | 2 |

---

**TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage**                    $   125,226.63

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 71,515.95 |
| YTD Disbursements | 3,894.39 |
| YTD Total | 75,410.34 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 3.50 | |
| Total Fees Reflected on Current Invoice | | 1,317.50 |
| Total Costs Reflected on Current Invoice | | 598.50 |
| TOTAL CURRENT FEES AND COSTS | | 1,916.00 |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 356.39 | |
| Total Fees Billed Since Inception | | 132,860.95 |
| Total Costs Billed Since Inception | | 7,365.68 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 140,226.63 |



Date:       March 6, 2022
Invoice:    1059910
Page:       3

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**          $          **125,226.63**
**RE: Dissolution of Marriage**

# DeWitt LLP : Law Firm

TO:    PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | April 13, 2022 |
| Invoice: | 1063749 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 24,494.00 |
| **Total Current Disbursements** | 0.00 |
| **Total Current Fees & Disbursements** | 24,494.00 |
| **Balance Outstanding as of 04-13-22** | 125,226.63 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 149,720.63 |



TO:   PAWEL RZECZKOWSKI

Date:      April 13, 2022
Invoice:   1063749
Client:    0101070.0000

Re: Dissolution of Marriage

| | To Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|
| | **ROBERT W. DUE** | | | |
| 03-19-22 | Work on proposed findings. | 495.00 | 4.00 | 1,980.00 |
| 03-20-22 | Drafting proposed findings and final argument. | 495.00 | 13.00 | 6,435.00 |
| 03-21-22 | Finalize proposed findings and final argument. | 495.00 | 1.00 | 495.00 |
| | **JAMES R. TODD** | | | |
| 03-14-22 | Begin draft findings and judgment and decree; continue thorough review of trial notes and transcript for same. | 395.00 | 9.70 | 3,831.50 |
| 03-16-22 | Continue draft findings. | 395.00 | 3.50 | 1,382.50 |
| 03-17-22 | Continue draft findings and J&D. | 395.00 | 11.40 | 4,503.00 |
| 03-18-22 | Continue and finalize draft J&D; draft post-trial closing argument. | 395.00 | 11.70 | 4,621.50 |
| | **LORI J. R.  KRZMARZICK: Paralegal** | | | |
| 03-21-22 | Review and edit Final Argument and Proposed Decree; e-mail to and from Mr. Due; submit final submissions to court and counsel; e-serve and e-file same. | 265.00 | 4.50 | 1,192.50 |
| 03-22-22 | Conference with Mr. Due; e-mail to client. | 265.00 | 0.20 | 53.00 |
| | Total Current Professional Services | | 59.00 | 24.494.00 |

**Total Current Services and Disbursements**                          $    24,494.00

**Balance Outstanding on this Matter as of 04-13-22**                       125,226.63

**TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage**     $   149,720.63

# DeWitt :Law :Firm

| | |
|---|---|
| Date: | April 13, 2022 |
| Invoice: | 1063749 |
| Page: | 2 |

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 96,009.95 |
| YTD Disbursements | 3,894.39 |
| YTD Total | 99,904.34 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 59.00 | |
| Total Fees Reflected on Current Invoice | | 24,494.00 |
| Total Costs Reflected on Current Invoice | | 0.00 |
| TOTAL CURRENT FEES AND COSTS | | 24,494.00 |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 415.39 | |
| Total Fees Billed Since Inception | | 157,354.95 |
| Total Costs Billed Since Inception | | 7,365.68 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 164,720.63 |

# DeWitt :Law •Firm

| | |
|---|---|
| Date: | April 13, 2022 |
| Invoice: | 1063749 |
| Page: | 3 |

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**         $         149,720.63
**RE: Dissolution of Marriage**



TO:   PAWEL RZECZKOWSKI

Date:      July 13, 2022
Invoice:   1071838
Client:    0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---|
| **Total Current Fees** | 6,136.50 |
| **Total Current Disbursements** | 0.00 |
| **Total Current Fees & Disbursements** | 6,136.50 |
| **Balance Outstanding as of 07-13-22** | 149,720.63 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 155,857.13 |



TO:    PAWEL RZECZKOWSKI

Date:        July 13, 2022
Invoice:    1071838
Client:      0101070.0000

Re: Dissolution of Marriage

| | To Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|
| | **JAMES R. TODD** | | | |
| 06-30-22 | Begin draft appellate statement of case. | 395.00 | 4.10 | 1,619.50 |
| 06-30-22 | Continue statement of case; perform legal research into need-based attorney fees issue. | 395.00 | 3.30 | 1,303.50 |
| 07-01-22 | Finalize statement of case; draft and send email to RWD with same attached for RWD's review. | 395.00 | 4.50 | 1,777.50 |
| 07-06-22 | Receive and review email from RWD re statement of case and review updated copy of the same; emails with RWD re same. | 395.00 | 0.50 | 197.50 |
| 07-07-22 | Receive and review forwarded emails from RWD re OC's request for hearing on motion for amended findings while appeal is pending; extensive legal research on same; draft and send reply email to RWD with email memorandum re same. | 395.00 | 2.40 | 948.00 |
| 07-08-22 | Receive and review email from RWD re anticipated motion from OC in COA; draft and send lengthy reply email re same in anticipation of COA motions from OP. | 395.00 | 0.40 | 158.00 |
| | **LORI J. R. KRZMARZICK: Paralegal** | | | |
| 06-27-22 | Review documents from court and opposing counsel; arrange to obtain certified copy of decree; telephone call to court of appeals. | 265.00 | 0.30 | 79.50 |
| 06-29-22 | Arrange to obtain certified copy of order. | 265.00 | 0.20 | 53.00 |
| | Total Current Professional Services | | 15.70 | 6,136.50 |

**Total Current Services and Disbursements**                       $      **6,136.50**

**Balance Outstanding on this Matter as of 07-13-22**                         **149,720.63**

Madison: 2 East Mifflin Street, Suite 600, Madison, WI 53703-2865 · Ph: 608.255.8891 · F: 608.252.9243          **dewittllp.com**

# DeWitt ᴸᴸᴾ : Law Firm

| | |
|---|---|
| Date: | July 13, 2022 |
| Invoice: | 1071838 |
| Page: | 2 |

---

**TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage**                    $   155,857.13

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 102,146.45 |
| YTD Disbursements | 3,894.39 |
| YTD Total | 106,040.84 |

### Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 15.70 | |
| Total Fees Reflected on Current Invoice | | 6,136.50 |
| Total Costs Reflected on Current Invoice | | 0.00 |
| TOTAL CURRENT FEES AND COSTS | | 6,136.50 |

### Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 431.09 | |
| Total Fees Billed Since Inception | | 163,491.45 |
| Total Costs Billed Since Inception | | 7,365.68 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 170,857.13 |



Date: July 13, 2022
Invoice: 1071838
Page: 3

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |
| 07-13-22 | 1071838 | 6,136.50 | 6,136.50 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**                          $            155,857.13
**RE: Dissolution of Marriage**

# DeWitt ⠇Law Firm

TO: PAWEL RZECZKOWSKI

Date: August 10, 2022
Invoice: 1074939
Client: 0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 1,431.00 |
| **Total Current Disbursements** | 718.81 |
| **Total Current Fees & Disbursements** | 2,149.81 |
| **Balance Outstanding as of 08-10-22** | 155,857.13 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 158,006.94 |



TO: PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | August 10, 2022 |
| Invoice: | 1074939 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

**To Professional Services**

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| | **LORI J. KRZMARZICK: Paralegal** | | | |
| 07-06-22 | Conference with Mr. Due; review and revise appellate pleadings. | 265.00 | 1.00 | 265.00 |
| 07-07-22 | Assemble documents for appeal; submit to District Court for e-filing and e-service; submit appellate documents to Court of Appeals; review notice of case filing from court of appeals. | 265.00 | 1.50 | 397.50 |
| 07-11-22 | Review correspondence from court of appeals; e-mail and telephone call to court reporter. | 265.00 | 0.25 | 66.25 |
| 07-12-22 | E-mail from and to court reporter; conference with Mr. Due; prepare and revise appellate mediation forms; e-mail to client; e-mail confidential forms to appellate mediation office. | 265.00 | 1.25 | 331.25 |
| 07-13-22 | E-mail from Appellate Mediation Office; e-mail to client. | 265.00 | 0.10 | 26.50 |
| 07-14-22 | Review court reporter's filing and transcript submission. | 265.00 | 0.30 | 79.50 |
| 07-26-22 | E-mail from opposing counsel. | 265.00 | 0.10 | 26.50 |
| 07-27-22 | Review letter from appellate mediation office. | 265.00 | 0.20 | 53.00 |
| 08-02-22 | Letter from opposing counsel. | 265.00 | 0.10 | 26.50 |
| 08-03-22 | Submit correspondence for e-service and e-filing; e-mail to Judge Thomas's chambers; e-mail to client. | 265.00 | 0.30 | 79.50 |
| 08-04-22 | Conference with Mr. Due; e-mail various documents to Ms. Lauhead and counsel for pre-mediation conference. | 265.00 | 0.30 | 79.50 |
| | Total Current Professional Services | | 5.40 | 1,431.00 |

**To Disbursements**

| | | |
|---|---|---|
| 06-27-22 | Certified copy Charge | 19.00 |
| 06-30-22 | Metro Legal Services, Inc. - Obtain certified copies from Court | 63.99 |
| 06-30-22 | Metro Legal Services, Inc. - Obtain certified copies from Court | 73.99 |

# DeWitt :LLP :Law Firm

Date:       August 10, 2022
Invoice:    1074939
Page:       2

**To Disbursements**

| | | |
|---|---|---|
| 07-07-22 | Filing fee | 561.83 |
| | Total Current Disbursements: | 718.81 |

| | |
|---|---|
| **Total Current Services and Disbursements** | **$   2,149.81** |
| **Balance Outstanding on this Matter as of 08-10-22** | **155,857.13** |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | **$   158,006.94** |

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 103,577.45 |
| YTD Disbursements | 4,613.20 |
| YTD Total | 108,190.65 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 5.40 | |
| Total Fees Reflected on Current Invoice | | 1,431.00 |
| Total Costs Reflected on Current Invoice | | 718.81 |
| TOTAL CURRENT FEES AND COSTS | | 2,149.81 |

# DeWitt ᴸᴸᴾ ⦂ Law Firm

| | |
|---|---|
| Date: | August 10, 2022 |
| Invoice: | 1074939 |
| Page: | 3 |

<u>Professional Services, Total Since Inception</u>

| | |
|---|---|
| Total Hours Worked Since Inception | 436.49 |
| Total Fees Billed Since Inception | 164,922.45 |
| Total Costs Billed Since Inception | 8,084.49 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | 173,006.94 |

# DeWitt LLP Law Firm

| | |
|---|---|
| Date: | August 10, 2022 |
| Invoice: | 1074939 |
| Page: | 4 |

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |
| 07-13-22 | 1071838 | 6,136.50 | 6,136.50 |
| 08-10-22 | 1074939 | 2,149.81 | 2,149.81 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**   $   158,006.94
**RE: Dissolution of Marriage**

# DeWitt ᴸᴸᴾ : Law : Firm

TO:   PAWEL RZECZKOWSKI

Date:     October 12, 2022
Invoice:  1080664
Client:   0101070.0000

Re: Dissolution of Marriage

---

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 754.00 |
| **Total Current Disbursements** | 1,794.38 |
| **Total Current Fees & Disbursements** | 2,548.38 |
| **Balance Outstanding as of 10-12-22** | 158,006.94 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 160,555.32 |



TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | October 12, 2022 |
| Invoice: | 1080664 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| | **To Professional Services** | Rate | Hours | Amount |
|---|---|---|---|---|
| | **JAMES R. TODD** | | | |
| 10-11-22 | Perform legal research for appellate brief and begin draft memorandum for RWD re same. | 395.00 | 0.50 | 197.50 |
| | **LORI J. R. KRZMARZICK: Paralegal** | | | |
| 08-10-22 | E-mail to opposing counsel's office. | 265.00 | 0.10 | 26.50 |
| 08-17-22 | Review e-mail from and to court. | 265.00 | 0.20 | 53.00 |
| 08-24-22 | E-mail regarding motion hearing date. | 265.00 | 0.20 | 53.00 |
| 09-19-22 | Review notice from court of appeals. | 265.00 | 0.10 | 26.50 |
| 09-28-22 | Conference with Mr. Due; review MNCIS information; assist with preparations for appellate brief. | 265.00 | 1.50 | 397.50 |
| | Total Current Professional Services | | 2.60 | 754.00 |

| | **To Disbursements** | | |
|---|---|---|---|
| 09-12-22 | Appellate Mediation with Mary Lauhead OBO Pawel Rzeczkowski | 1,794.38 | |
| | Total Current Disbursements: | | 1,794.38 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | $ | **2,548.38** |
| **Balance Outstanding on this Matter as of 10-12-22** | | **158,006.94** |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT RE: Dissolution of Marriage** | $ | **160,555.32** |

# DeWitt ᴸᴸᴾ : Law Firm

| | |
|---|---|
| Date: | October 12, 2022 |
| Invoice: | 1080664 |
| Page: | 2 |

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 104,331.45 |
| YTD Disbursements | 6,407.58 |
| YTD Total | 110,739.03 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 2.60 | |
| Total Fees Reflected on Current Invoice | | 754.00 |
| Total Costs Reflected on Current Invoice | | 1,794.38 |
| TOTAL CURRENT FEES AND COSTS | | 2,548.38 |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 439.09 | |
| Total Fees Billed Since Inception | | 165,676.45 |
| Total Costs Billed Since Inception | | 9,878.87 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 175,555.32 |



Date: October 12, 2022
Invoice: 1080664
Page: 3

### Summary of Unpaid Balance
### RZECZKOWSKI, PAWEL
### Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |
| 07-13-22 | 1071838 | 6,136.50 | 6,136.50 |
| 08-10-22 | 1074939 | 2,149.81 | 2,149.81 |
| 10-12-22 | 1080664 | 2,548.38 | 2,548.38 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**           $           160,555.32
**RE: Dissolution of Marriage**

# DeWitt ⋮ Law ⋮ Firm

TO:  PAWEL RZECZKOWSKI

Date:     December 8, 2022
Invoice:  1085999
Client:   0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 41,649.00 |
| **Total Current Disbursements** | 600.00 |
| **Total Current Fees & Disbursements** | 42,249.00 |
| **Balance Outstanding as of 12-08-22** | 160,555.32 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 202,804.32 |



TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | December 8, 2022 |
| Invoice: | 1085999 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| | To Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|
| | **ROBERT W. DUE** | | | |
| 10-14-22 | File review in preparation for drafting appellant's brief. | 495.00 | 8.00 | 3,960.00 |
| 10-15-22 | Drafting appellant's brief. | 495.00 | 6.00 | 2,970.00 |
| 10-16-22 | Drafting appellant's brief. | 495.00 | 6.00 | 2,970.00 |
| 10-18-22 | Finish drafting appellant's brief. | 495.00 | 4.00 | 1,980.00 |
| 11-22-22 | Review Respondent's Brief. | 495.00 | 1.00 | 495.00 |
| 11-29-22 | Review, revise, and edit Reply Brief. | 495.00 | 6.00 | 2,970.00 |
| | **JAMES R. TODD** | | | |
| 10-12-22 | Continue appellate case law research. | 395.00 | 4.00 | 1,580.00 |
| 10-13-22 | Continue legal appellate case law research and update to memorandum for RWD. | 395.00 | 2.20 | 869.00 |
| 10-13-22 | Finalize legal research and memorandum to RWD re same. | 395.00 | 3.40 | 1,343.00 |
| 10-13-22 | Confer with RWD re comity research; review COA opinion and case cited therein re comity issue. | 395.00 | 0.20 | 79.00 |
| 10-14-22 | Review draft section from trial memorandum to begin providing appellate cites from record for same. | 395.00 | 0.80 | 316.00 |
| 10-17-22 | Thoroughly review RWD draft appellate brief; | 395.00 | 5.00 | 1,975.00 |
| 10-18-22 | Receive, review, and thoroughly edit RWD draft appellate brief including providing citations throughout same and work with RWD to edit same. | 395.00 | 6.60 | 2,607.00 |
| 10-18-22 | Review draft TOC and insert pagination in conjunction with final review of brief to be filed tomorrow morning. | 395.00 | 1.10 | 434.50 |
| 11-23-22 | Thoroughly review response brief and conduct legal research re same in advance of meeting with RWD this morning to outline reply memorandum; meet with RWD to discuss same at length. | 395.00 | 2.50 | 987.50 |
| 11-27-22 | Continue draft reply brief. | 395.00 | 8.10 | 3,199.50 |
| 11-28-22 | Continue work on reply brief. | 395.00 | 5.00 | 1,975.00 |
| 11-29-22 | Continue draft appellate reply brief for RWD's review. | 395.00 | 3.50 | 1,382.50 |

# DeWitt :Law :Firm

Date:        December 8, 2022
Invoice:     1085999
Page:        2

**To Professional Services**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11-29-22 | Continue and finalize appellate reply brief; print and deliver to RWD for review. | 395.00 | 6.40 | 2,528.00 |
| 11-30-22 | Draft first draft of additional section in reply brief re Peruvian case et al per RWD email; draft and send reply email with proposed footnote language in same. | 395.00 | 1.00 | 395.00 |
| 11-30-22 | Review and thoroughly edit final reply brief as edited by RWD; draft and send email to RWD re same; perform final review and edits and edit Table of Contents; exchange emails with RWD re same. | 395.00 | 2.10 | 829.50 |

**LORI J. R. KRZMARZICK: Paralegal**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10-04-22 | Appeal preparation. | 265.00 | 1.00 | 265.00 |
| 10-06-22 | Review pleadings and MNCIS court file documents; assemble pleadings for appeal. | 265.00 | 6.00 | 1,590.00 |
| 10-11-22 | Review court file; retrieve various pleadings; assist with appellate preparation. | 265.00 | 1.50 | 397.50 |
| 10-12-22 | Appeal preparation. | 265.00 | 1.00 | 265.00 |
| 10-13-22 | Assist with appellate brief preparation. | 265.00 | 1.50 | 397.50 |
| 10-18-22 | Assist with preparing appellate brief. | 265.00 | 4.50 | 1,192.50 |
| 10-19-22 | Assist with finalizing appellate brief and addendum; submit same for e-service and e-filing; telephone call to court of appeals; conference with attorneys; letter and e-mail to opposing counsel; e-mail to client; submit affidavit of service by mail to court of appeals. | 265.00 | 2.50 | 662.50 |
| 10-20-22 | Check appeal status. | 265.00 | 0.20 | 53.00 |
| 10-26-22 | E-mail mediation materials to Mr. McGrath and opposing counsel. | 265.00 | 0.20 | 53.00 |
| 10-27-22 | E-mail to Dr. Kodalen. | 265.00 | 0.20 | 53.00 |
| 11-09-22 | E-mail from court clerk. | 265.00 | 0.10 | 26.50 |
| 11-21-22 | Download Brief and Appendix from opposing counsel. | 265.00 | 0.20 | 53.00 |
| 11-30-22 | Conference with Mr. Due; assist with preparing Reply Brief, table of contents and table of authorities. | 265.00 | 3.00 | 795.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| Total Current Professional Services | | | 104.80 | 41,649.00 |

# DeWitt ⫶ Law Firm

| | | |
|---|---|---|
| Date: | December 8, 2022 | |
| Invoice: | 1085999 | |
| Page: | 3 | |

**To Disbursements**

| | | |
|---|---|---|
| 10-31-22 | Dispute Resolution | 600.00 |
| | Total Current Disbursements: | 600.00 |

| | | |
|---|---|---|
| **Total Current Services and Disbursements** | **$ 42,249.00** |
| **Balance Outstanding on this Matter as of 12-08-22** | 160,555.32 |
| **TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage** | **$ 202,804.32** |

### YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 145,980.45 |
| YTD Disbursements | 7,007.58 |
| YTD Total | 152,988.03 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 104.80 | |
| Total Fees Reflected on Current Invoice | | 41,649.00 |
| Total Costs Reflected on Current Invoice | | 600.00 |
| TOTAL CURRENT FEES AND COSTS | | 42,249.00 |

# DeWitt ⦂ Law Firm

| | | |
|---|---|---|
| Date: | December 8, 2022 | |
| Invoice: | 1085999 | |
| Page: | 4 | |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 543.89 | |
| Total Fees Billed Since Inception | | 207,325.45 |
| Total Costs Billed Since Inception | | 10,478.87 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 217,804.32 |

# DeWitt :Law :Firm

| | |
|---|---|
| Date: | December 8, 2022 |
| Invoice: | 1085999 |
| Page: | 5 |

**Summary of Unpaid Balance**
**RZECZKOWSKI, PAWEL**
**Client: 0101070.0000**

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |
| 07-13-22 | 1071838 | 6,136.50 | 6,136.50 |
| 08-10-22 | 1074939 | 2,149.81 | 2,149.81 |
| 10-12-22 | 1080664 | 2,548.38 | 2,548.38 |
| 12-08-22 | 1085999 | 42,249.00 | 42,249.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**   $   **202,804.32**
**RE: Dissolution of Marriage**



TO:   PAWEL RZECZKOWSKI

Date:     February 7, 2023
Invoice:  1091720
Client:   0101070.0000

Re: Dissolution of Marriage

## Invoice Summary

| | |
|---|---:|
| **Total Current Fees** | 13,968.00 |
| **Total Current Disbursements** | 40.00 |
| **Total Current Fees & Disbursements** | 14,008.00 |
| **Balance Outstanding as of 02-07-23** | 202,804.32 |
| **Less Amount Applied From Trust** | 0.00 |
| **Total Due, Please Pay This Amount** | 216,812.32 |

# DeWitt LLP : Law : Firm

TO:   PAWEL RZECZKOWSKI

| | |
|---|---|
| Date: | February 7, 2023 |
| Invoice: | 1091720 |
| Client: | 0101070.0000 |

Re: Dissolution of Marriage

| | To Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|
| | **ROBERT W. DUE** | | | |
| 01-11-23 | Prepare for oral argument. | 495.00 | 6.00 | 2,970.00 |
| 01-12-23 | Prepare for and attend oral argument at the Court of Appeals. | 495.00 | 4.00 | 1,980.00 |
| | **JAMES R. TODD** | | | |
| 12-01-22 | Final review of reply brief; sign, date, and deliver to LK for appellate e-service and e-filing. | 395.00 | 0.90 | 355.50 |
| 12-21-22 | Confer with RWD and LK re filing of certificate of representation in HRO matter; begin thorough review of HRO petition; call client and leave brief VMM re same. | 395.00 | 0.90 | 355.50 |
| 12-21-22 | Brief call with client to discuss minor housekeeping matter and to set up time next week for longer phone conference. | 395.00 | 0.20 | 79.00 |
| 12-28-22 | Thoroughly review petition for HRO and legal research re same (3.6); call client following same and discuss same at length (1.5). | 395.00 | 5.10 | 2,014.50 |
| 01-10-23 | Begin draft memorandum in support of request to deny HRO and conduct legal research for same; print cases and gather case law on legal standard for same. | 395.00 | 1.40 | 553.00 |
| 01-11-23 | Conduct brief legal research for RWD in advance of oral argument at COA tomorrow; confer with RWD following same. | 395.00 | 0.40 | 158.00 |
| 01-11-23 | Conduct additional legal research per RWD in advance of oral argument tomorrow a.m. | 395.00 | 1.50 | 592.50 |
| 01-12-23 | Call client and discuss proposed email to OP. | 395.00 | 0.70 | 276.50 |
| 01-23-23 | Review timeline provided by client of postings; review HRO petition and exhibits likely to be put into evidence by OP; conference with RLF re filing of memorandum and procedural posture of case; brief call with client re same. | 395.00 | 0.60 | 237.00 |
| 01-24-23 | Thoroughly review client timeline and case file and legal research; call client and discuss initial hearing tomorrow and what to expect at length. | 395.00 | 3.60 | 1,422.00 |
| 01-25-23 | Prepare for and attend HRO hearing on behalf of client this a.m.; conference with client following same. | 395.00 | 5.10 | 2,014.50 |

# DeWitt ᴸᴸᴾ : Law : Firm

Date: February 7, 2023
Invoice: 1091720
Page: 2

**To Professional Services**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 02-02-23 | Receive and review email from RWD forwarded from client; perform brief legal research re ADR ethics; call client to discuss same. | 395.00 | 0.50 | 197.50 |
| 02-06-23 | Receive and review order canceling April 5th motion hearing; draft and send forwarded email to client re same. | 395.00 | 0.30 | 118.50 |

**TARA R. FLOODING**

| | | | | |
|---|---|---|---|---|
| 12-29-22 | review case law and statutes for HRO motion practice timelines for motion to dismiss for JRT. | 275.00 | 0.60 | 165.00 |

**LORI J. R. KRZMARZICK: Paralegal**

| | | | | |
|---|---|---|---|---|
| 12-01-22 | Prepare Reply Brief for submission; e-file and e-serve Reply Brief with Court of Appeals. | 265.00 | 0.50 | 132.50 |
| 12-12-22 | Review Order from Court; e-mail same to client. | 265.00 | 0.20 | 53.00 |
| 12-21-22 | E-mail from Mr. Todd; review HRO pleadings; prepare certificate of representation; submit same for e-filing. | 265.00 | 0.40 | 106.00 |
| 12-22-22 | E-mail from and to Mr. Todd; review e-mail from opposing counsel; review HRO pleadings. | 265.00 | 0.50 | 132.50 |
| 01-11-23 | E-mail from and to Mr. Due. | 275.00 | 0.20 | 55.00 |
| | Total Current Professional Services | | 33.60 | 13,968.00 |

**To Disbursements**

| | | | |
|---|---|---|---|
| 12-29-22 | Certified Copy | | 40.00 |
| | Total Current Disbursements: | | 40.00 |

**Total Current Services and Disbursements** $ 14,008.00

# DeWitt :Law :Firm

| | |
|---|---|
| Date: | February 7, 2023 |
| Invoice: | 1091720 |
| Page: | 3 |

**Balance Outstanding on this Matter as of 02-07-23**     202,804.32

**TOTAL DUE, PLEASE PAY THIS AMOUNT  RE: Dissolution of Marriage**     $   216,812.32

## YEAR TO DATE BILLING

| | |
|---|---|
| YTD Fees | 13,968.00 |
| YTD Disbursements | 40.00 |
| YTD Total | 14,008.00 |

Professional Services, Current Invoice Summary

| | | |
|---|---|---|
| Total Hours Reflected on Current Invoice | 33.60 | |
| Total Fees Reflected on Current Invoice | | 13,968.00 |
| Total Costs Reflected on Current Invoice | | 40.00 |
| TOTAL CURRENT FEES AND COSTS | | 14,008.00 |

Professional Services, Total Since Inception

| | | |
|---|---|---|
| Total Hours Worked Since Inception | 577.49 | |
| Total Fees Billed Since Inception | | 221,293.45 |
| Total Costs Billed Since Inception | | 10,518.87 |
| TOTAL FEES AND COSTS BILLED SINCE INCEPTION | | 231,812.32 |



Date:      February 7, 2023
Invoice:   1091720
Page:      4

## Summary of Unpaid Balance
### RZECZKOWSKI, PAWEL
### Client: 0101070.0000

| Invoice Date | Invoice Number | Invoice Amount | Remaining Balance Due |
|---|---|---|---|
| 04-14-21 | 1030633 | 5,351.50 | 4,016.50 |
| 05-06-21 | 1032461 | 26,037.09 | 26,037.09 |
| 06-09-21 | 1035758 | 7,330.00 | 7,330.00 |
| 08-04-21 | 1040539 | 72.00 | 72.00 |
| 09-07-21 | 1043448 | 7,592.00 | 7,592.00 |
| 10-11-21 | 1046734 | 2,722.70 | 2,722.70 |
| 11-08-21 | 1048987 | 2,046.00 | 2,046.00 |
| 01-13-22 | 1055186 | 69,478.09 | 69,478.09 |
| 02-04-22 | 1057075 | 4,016.25 | 4,016.25 |
| 03-06-22 | 1059910 | 1,916.00 | 1,916.00 |
| 04-13-22 | 1063749 | 24,494.00 | 24,494.00 |
| 07-13-22 | 1071838 | 6,136.50 | 6,136.50 |
| 08-10-22 | 1074939 | 2,149.81 | 2,149.81 |
| 10-12-22 | 1080664 | 2,548.38 | 2,548.38 |
| 12-08-22 | 1085999 | 42,249.00 | 42,249.00 |
| 02-07-23 | 1091720 | 14,008.00 | 14,008.00 |

**TOTAL DUE, PLEASE PAY THIS AMOUNT**                          $       216,812.32
**RE: Dissolution of Marriage**