UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

    Carolina Uribe Borrero,

        Debtor.

Case No. 26-40008-KAC
Chapter 13

**ORDER**

This case is before the court on the Debtor's motion objecting to the claim of DeWitt LLP and Pawel Rzeczkowski.

Mary F. Sielig appeared for and on behalf of the Debtor.  David A. Orenstein appeared for and on behalf of DeWitt LLP and Pawel Rzeczkowski.

Based on the arguments of counsel and all of the files, records, and proceedings herein, the court being duly advised in the premises,

**IT IS HEREBY ORDERED:** The Debtor's motion is denied.

**IT IS FURTHER ORDERED:** The claim of DeWitt, LLP and Pawel Rzeczkowski, claim no. 9, is allowed in full as a priority claim under Section 507(a)(1)(A) of the Bankruptcy Code.

Dated:

        Katherine A. Constantine
        Chief United States Bankruptcy Judge

4898-2809-8989, v. 1

1