UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Carolina Uribe Borrero,

Debtor.

Case No. 26-40008
Chapter 13

**NOTICE OF CONTINUED HEARING**

**NOTICE IS HEREBY GIVEN** that the hearing on the debtor's motion objecting to claim 9 [ECF No. 31] is continued to **Wednesday August 12, 2026 at 10:00 a.m.** in Courtroom No. 8 West, 300 South Fourth Street, Minneapolis, MN 55415.

Any response to the hearing must be filed and served not later than **Wednesday August 5, 2026**, which is seven (7) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT A HEARING.**

.

Dated: June 8, 2026

SIELING LAW, PLLC

By:   */s/ Mary Sieling*
Mary Sieling (#389893)
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN  55343
Telephone: 612-325-1191
Email: mary@sielinglaw.com