UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 26-40008 |
|---|---|
| CAROLINA URIBE BORRERO | **DECLARATION OF MAILING** **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/15/2026, I did cause a copy of the following documents, described below,

Notice of continued confirmation hearing

Modified Chapter 13 plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/15/2026

/s/ Mary Sieling
Mary Sieling  0389893

Sieling Law, PLLC
12800 Whitewater Dr, Ste 100, # 3201
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

CAROLINA URIBE BORRERO

CASE NO: 26-40008

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/15/2026, a copy of the following documents, described below,

Notice of continued confirmation hearing

Modified Chapter 13 plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr, Ste 100, # 3201
Minnetonka, MN  55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-40008
DISTRICT OF MINNESOTA
MON JUN 15 8-37-18 PST 2026

DEWITT LLP
901 MARQUETTE AVE
SUITE 2100
MINNEAPOLIS   MN 55402-3713

UNITED STATES OF AMERICA   INTERNAL REVENUE S
CO ADINE S MOMOH
600 US COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS   MN 55415-1320

EXCLUDE

MINNEAPOLIS
301 DIANA E MURPHY US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS   MN 55415-1320

ANTHONY OSTLUND
ATTN  OFFICER OR MANAGING AGENT
60 SOUTH 6TH ST 3900
MINNEAPOLIS   MN 55402-4439

AMERICAN EXPRESS
ATTN  OFFICER
PO BOX 297800
FORT LAUDERDALE   FL 33329-7800

AMERICAN EXPRESS
ATTN OFFICER
200 VESEY ST
NEW YORK  NY 10285-0002

AMERICAN EXPRESS
ATTN OFFICER
PO BOX 981535
EL PASO  TX 79998-1535

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

INTERNATIONAL

AMERICAN EXPRESS NATIONAL BANK  AENB
CO ZWICKER AND ASSOCIATES  PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER  MA 01810-0943

BARCLAYS CARD SERVICES
ATTN  OFFICER
PO BOX 8801
WILMINGTON  DE 19899-8801

CARLOS ALBERTO URIBE DE FRANCISCO
AVE 9 NTE 5N49  NORMANDIA
EDIFICIO LOMA BRAVA APTO 202
CALI  VALLE DEL CAUCA  COLOMBIA

CITIBANK NA
CITIBANK  NA
5800 S CORPORATE PL
SIOUX FALLS  SD  57108-5027

DAVID WELLS
4231 VINCENT AVE S
MINNEAPOLIS  MN 55410-1520

DEWITT LLP
ATTN OFFICER OR MANAGING AGENT
901 MARQUETTE AVE STE 2100
MINNEAPOLIS  MN 55402-3713

DEWITT LLP AND PAWEL RZECZKOWSKI
CO ROBERT W DUE
901 MARQUETTE AVENUE
SUITE 2100
MINNEAPOLIS  MN 55402-3713

DELTA COMMUNITY CREDIT UNION
ATTN OFFICER
3250 RIVERWOOD PARKWAY
ATLANTA  GA 30339-6420

(P)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA  PA 19101-7346

KEEN BANK
ATTN OFFICER
101 STATE STREET N
WASECA  MN 56093-2928

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MINNESOTA REVENUE
ATTN COLLECTIONS DIVISION
600 N ROBERT ST
SAINT PAUL  MN 55146-0010

PAWEL RZECZKOWSKI
901 MARQUETTE AVENUE
SUITE 2100
MINNEAPOLIS  MN 55402-3713

ROBERT W DUE
901 MARQUETTE AVENUE
SUITE 2100
MINNEAPOLIS  MN 55402-3713

EXCLUDE

STATE OF MINNESOTA  DEPARTMENT OF REVENUE
PO BOX 64447  BKY
ST PAUL  MN 55164-0447

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS  MN 55415-3070

WELLS FARGO BANK
ATTN OFFICER
420 MONTGOMERY ST
SAN FRANCISCO  CA 94104-1298

DEBTOR

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA 50306-0438

CAROLINA URIBE BORRERO
2608 WEST 45 STREET
MINNEAPOLIS  MN 55410-1911

GREGORY A BURRELL
100 SOUTH FIFTH STREET
SUITE 480
MINNEAPOLIS  MN 55402-1250

~~EXCLUDE~~

~~MARY SIEBLING~~
~~SIEBLING LAW  PLLC~~
~~SIEBLING LAW  PLLC~~
~~12000 WHITEWATER DR~~
~~STE 100  3201~~
~~MINNETONKA  MN 55343-9347~~

~~EXCLUDE~~

~~(U)PAWEL RZECZKOWSKI~~