**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                   Case No: 26–40008

Carolina Uribe Borrero,                                                    Chapter 13


Debtor(s).

---

**Notice of rescheduled Hearing**

---

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 8/6/26 at 11:00 AM

to consider and act upon the following:


*49* – Modified Chapter 13 Plan and Notice of Confirmation Hearing (re:3 Chapter 13 Plan) filed by Carolina Uribe Borrero. Confirmation hearing scheduled for 7/16/2026 at 11:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (Attachments: # 1 Proof of Service)(Sieling, Mary)


Dated: July 14, 2026                                  s/ Tricia Pepin
                                                      Clerk, United States Bankruptcy Court

                                                      By: LMO
                                                      Deputy Clerk


**mnbntchrgBK** 05/26