## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                        Case No: 26–40008

Carolina Uribe Borrero,                                                       Chapter 13

Debtor(s).

## Notice of rescheduled Hearing

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 8/6/26 at 11:00 AM

to consider and act upon the following:

*49* – Modified Chapter 13 Plan and Notice of Confirmation Hearing (re:3 Chapter 13 Plan) filed by Carolina Uribe Borrero. Confirmation hearing scheduled for 7/16/2026 at 11:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (Attachments: # 1 Proof of Service)(Sieling, Mary)

Dated: July 14, 2026                          s/ Tricia Pepin
                                              Clerk, United States Bankruptcy Court

                                              By: LMO
                                              Deputy Clerk

**mnbntchrgBK** 05/26

United States Bankruptcy Court

District of Minnesota

In re:                                                                                                    Case No. 26-40008-KAC

Carolina Uribe Borrero                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: ntchrgBK | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |
| cr | + | DeWitt LLP, 901 Marquette Ave, Suite 2100, Minneapolis, MN 55402-3713 |
| intp | + | United States of America, Internal Revenue Service, c/o Adine S. Momoh, 600 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pawel Rzeczkowski |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adine S. Momoh | |
| | on behalf of Interested Party United States of America  Internal Revenue Service adine.momoh@usdoj.gov, usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| David A. Orenstein | |
| | on behalf of Creditor Pawel Rzeczkowski dao@dewittllp.com  tmg@dewittmcm.com |
| David A. Orenstein | |
| | on behalf of Plaintiff DeWitt LLP dao@dewittllp.com  tmg@dewittmcm.com |
| David A. Orenstein | |

District/off: 0864-4                              User: admin                                          Page 2 of 2

Date Rcvd: Jul 14, 2026                          Form ID: ntchrgBK                                    Total Noticed: 3

<div style="padding-left:18em">on behalf of Creditor DeWitt LLP dao@dewittllp.com  tmg@dewittmcm.com</div>

David A. Orenstein

<div style="padding-left:18em">on behalf of Plaintiff Pawel Rzeczkowski dao@dewittllp.com  tmg@dewittmcm.com</div>

Gregory A Burrell

<div style="padding-left:18em">on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com</div>

Gregory A Burrell

<div style="padding-left:18em">ecfmnmi@trustee13.com</div>

Mary Sieling

<div style="padding-left:18em">on behalf of Debtor 1 Carolina Uribe Borrero mary@sielinglaw.com</div>

Mary Sieling

<div style="padding-left:18em">on behalf of Defendant Carolina Uribe Borrero mary@sielinglaw.com</div>

US Trustee

<div style="padding-left:18em">ustpregion12.mn.ecf@usdoj.gov</div>

TOTAL: 10