**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                     Case No: 26−40008

Carolina Uribe Borrero,                                                    Chapter 13

Debtor(s).

## ORDER CONFIRMING CHAPTER 13 PLAN

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015−1 and Local Form 3015−1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 15 of the plan is granted; and
3. Any application or motion for allowance of an administrative expense claim under 11 U.S.C. § 503(b) for preconfirmation legal services shall be filed no later than 90 days after the entry of this order.

Dated: 8/6/26                                        s/ Katherine A. Constantine
                                                     United States Bankruptcy Judge

**mnbocnf13nf** 13ocnfnf 09/25

United States Bankruptcy Court

District of Minnesota

In re:                                                                                    Case No. 26-40008-KAC

Carolina Uribe Borrero                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4                          User: admin                          Page 1 of 3

Date Rcvd: Aug 06, 2026                       Form ID: 13ocnfnf                     Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carolina Uribe Borrero, 2608 West 45 Street, Minneapolis, MN 55410-1911 |
| cr | + | DeWitt LLP, 901 Marquette Ave, Suite 2100, Minneapolis, MN 55402-3713 |
| intp | + | United States of America, Internal Revenue Service, c/o Adine S. Momoh, 600 U.S. Courthouse, 300 South 4th Street, Minneapolis, MN 55415-1320 |
| 63560982 | + | ANTHONY OSTLUND, Attn: Officer or Managing Agent, 60 South 6th St #3900, Minneapolis, MN 55402-4439 |
| 63560984 | | Carlos Alberto Uribe de Francisco, Ave 9 Nte. #5n-49, Normandia, Edificio Loma Brava Apto 202, Cali, Valle del Cauca, Colombia |
| 63560985 | + | David Wells, 4231 Vincent Ave S, Minneapolis, MN 55410-1520 |
| 63560987 | + | DeWitt LLP, Attn: Officer or Managing Agent, 901 Marquette Ave Ste. 2100, Minneapolis, MN 55402-3713 |
| 63596706 | + | DeWitt LLP and Pawel Rzeczkowski, c/o Robert W. Due, 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402-3713 |
| 63560989 | + | Keen Bank, Attn: Officer, 101 State Street N, Waseca, MN 56093-2928 |
| 63571589 | + | Pawel Rzeczkowski, 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402-3713 |
| 63571588 | + | Robert W. Due, 901 Marquette Avenue, Suite 2100, Minneapolis, MN 55402-3713 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63560979 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 22:13:35 | American Express, Attn: Officer, 200 Vesey St, New York, NY 10285-0002 |
| 63560980 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 22:13:30 | American Express, Attn: Officer, PO Box 297800, Fort Lauderdale, FL 33329-7800 |
| 63560981 | + | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 22:13:29 | American Express, Attn: Officer, PO Box 981535, El Paso, TX 79998-1535 |
| 63585948 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 22:13:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 63587350 | + | Email/Text: bkfilings@zwickerpc.com | Aug 06 2026 22:15:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 63560983 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 06 2026 22:14:00 | Barclays Card Services, Attn: Officer, PO Box 8801, Wilmington, DE 19899-8801 |
| 63590829 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2026 22:13:30 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 63586889 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Aug 06 2026 22:14:00 | Delta Community Credit Union, P.O. Box 20541, Atlanta, GA 30320 |
| 63560986 | + | Email/Text: deptbankruptcy@deltacommunitycu.com | Aug 06 2026 22:14:00 | Delta Community Credit Union, Attn: Officer, 3250 Riverwood Parkway, Atlanta, GA 30339-6420 |
| 63560988 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 22:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63605737 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2026 22:13:36 | LVNV Funding, LLC, Resurgent Capital Services, |

|  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 63560990 | + Email/Text: mdor.bkysec@state.mn.us | | |
| | | Aug 06 2026 22:13:00 | Minnesota Revenue, Attn: Collections Division, 600 N Robert St, Saint Paul, MN 55146-0010 |
| 63562942 | Email/Text: mdor.bkysec@state.mn.us | | |
| | | Aug 06 2026 22:13:00 | State of Minnesota, Department of Revenue, PO Box 64447 - BKY, St. Paul, MN 55164-0447 |
| 63560991 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Aug 06 2026 22:13:35 | Wells Fargo Bank, Attn: Officer, 420 Montgomery St, San Francisco, CA 94104-1298 |
| 63597418 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Aug 06 2026 22:13:35 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pawel Rzeczkowski |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adine S. Momoh | |
| | on behalf of Interested Party United States of America Internal Revenue Service adine.momoh@usdoj.gov, usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov |
| David A. Orenstein | |
| | on behalf of Plaintiff Pawel Rzeczkowski dao@dewittllp.com tmg@dewittmcm.com |
| David A. Orenstein | |
| | on behalf of Creditor DeWitt LLP dao@dewittllp.com tmg@dewittmcm.com |
| David A. Orenstein | |
| | on behalf of Creditor Pawel Rzeczkowski dao@dewittllp.com tmg@dewittmcm.com |
| David A. Orenstein | |
| | on behalf of Plaintiff DeWitt LLP dao@dewittllp.com tmg@dewittmcm.com |
| Gregory A Burrell | |
| | on behalf of Trustee Gregory A Burrell ecfmnmi@trustee13.com |
| Gregory A Burrell | |
| | ecfmnmi@trustee13.com |
| Mary Sieling | |
| | on behalf of Defendant Carolina Uribe Borrero mary@sielinglaw.com |

District/off: 0864-4                           User: admin                              Page 3 of 3

Date Rcvd: Aug 06, 2026                        Form ID: 13ocnfnf                         Total Noticed: 26

Mary Sieling

          on behalf of Debtor 1 Carolina Uribe Borrero mary@sielinglaw.com

US Trustee

          ustpregion12.mn.ecf@usdoj.gov


TOTAL: 10